# Exhibit A
# (Part 2)

**A**

ability 32:4
able 31:24 92:24 100:4,12 101:5 113:15 135:25
about 5:20 6:12,17,23 12:22 14:6 14:18 16:19 22:5,24 23:20 25:13 26:2 27:6,9 29:10 39:21 43:11 46:12 48:16,20,22,22 49:3 59:16 62:14 68:18 71:18 72:19 73:14 81:20 82:16 86:7 87:11 95:23 96:16 99:22 103:5 107:19 115:7 120:2 121:25 126:23 131:20 134:3,15
abreast 31:22 34:20,25
absolutely 46:12
acceptable 70:7
accepted 92:19
access 108:16
accompanied 45:13
accordance 40:4
account 107:3,4 108:25 109:16 118:9 119:17 121:16,19 137:22
accountant 19:2
accounting 15:19 18:22 27:25 76:22,22 77:5 90:12,17
accounts 118:7
accuracy 114:13 123:5
accurate 115:16,18
acquired 90:22
acquisition 98:5 127:3
across 16:13
act 11:11 13:11 30:9 91:3 97:16
acted 12:25
action 30:2 31:16 32:18,19,22 33:3 33:4,7,10,13 34:2,13,25 35:12 36:12,15 42:2 43:21 85:15,16 93:5 94:21,24 101:11,11,13 102:2 102:4,21,23 106:25 129:16,20 131:2,14,17,20 132:10,22 133:15 133:16 135:15,20,24 136:6 137:16
actions 31:9 34:20 129:25 130:4
active 17:19
actively 17:21
acts 73:9
actual 43:5 64:23 107:23
actually 40:20 81:13 133:16
actuary 62:13,17
ad 25:23
add 41:19
added 111:15
addition 41:12 75:11
additional 26:9 41:19 106:23 118:7
additions 27:14,19
address 4:11
adjustment 128:5
administer 3:16
administration 10:16,22
administrative 29:3,7
adopted 13:4
advantage 31:22 53:13
advantages 31:14 34:18
advice 47:14
advisability 125:8
advisable 84:6
advised 32:2 127:5
advisor 73:10
advisors 70:6
affiliated 80:9,12 125:7
after 14:10 66:11,15 72:25 89:4 92:3 95:23 110:13 128:12 129:16 131:5,8 133:13
afternoon 118:5
again 28:17 89:19 97:7 112:14,22 119:16 123:7 134:17
against 7:18 37:7,19,25 70:25 71:10 88:7 131:20 133:15,16
agency 28:11 29:8,10
agent 6:22
aggregate 62:21 112:5
ago 5:20 9:10 14:18 18:8 22:24 23:19 26:2 27:6 28:22 43:11 89:17,21 106:11
agree 129:21
AGREED 3:4,9,14
agreement 54:6,8 92:16 125:21 127:12,17 128:8 135:13
agreements 54:11
ahead 92:22 134:24
airline 56:5
airlines 56:5,7
allegation 117:24 119:12
allegations 125:20,25 126:16
allege 64:13 96:20,24 97:9
alleged 86:13 87:4 91:8 92:10
allegedly 33:13
alleges 117:20 119:7
allegiance 7:20,21
alleging 127:10
allocation 38:17,21,22,25 39:3,4
allowed 34:19 39:11 47:13
almost 38:22 65:7,15
along 84:14 127:5
already 123:4
although 38:23 47:12 73:20
always 18:12 45:13 50:3 61:17 82:24
amended 36:15,17 85:14 101:10,12 104:11 105:19 137:15
among 60:6
amount 18:10 22:7 64:8 69:21
amounts 108:18
analogize 30:8
announced 71:23 73:2 79:13 82:8 96:11
announcement 80:6 88:24
announcing 98:5
annual 41:13 42:7,13 50:21
annually 38:23
another 7:2 45:14 63:11 73:8 81:21 94:8,9 99:8 113:16 116:21 126:5
answer 5:5 15:8 85:19 87:11,15,24 95:8 99:13,17 103:10 126:25 127:2,8 134:24,25
answered 91:14 95:16
answering 9:13
answers 95:7
anybody 26:9 34:3 63:11 70:11 125:17
anymore 22:19
anyone 24:9 30:25 36:24 43:8 44:19 45:10 78:18,21,23 79:2,5 80:9,12 83:6 91:5 125:7 129:10 134:4,8
anything 43:23 66:9,13 68:17 75:22 79:15 134:16,21
apologize 28:24
Apparently 119:10
appear 44:20,24 55:5 111:18
appearance 41:13 42:7
appearances 42:13
appeared 43:9 44:25
appears 20:10,18 57:6 107:2 108:20 109:14 110:8,21 111:16 116:8 118:6 119:17 120:15 121:21 122:4,8 123:14 139:10
applies 119:3
Appointment 93:22
appreciate 10:13 101:2
appreciation 62:6
approach 46:3
approached 129:18
approaching 64:14
approval 39:14
approximate 13:25 45:21 46:5 131:10
approximately 6:7 18:11 35:3 52:8 83:7 85:25 111:5,18
April 95:3,9,14,21 102:13,25 106:11,16
area 76:11
areas 17:12
around 70:8 91:25 114:22,25 133:12
arthur 2:7 130:23
articles 91:21,24
artificially 118:25 119:8
ascertain 79:15
asked 6:3 91:13 95:15 133:12
asking 4:20 9:15 47:21 63:21 83:3 85:4,8 95:12,25 97:17,20 103:5

106:19 111:8 113:6 124:10 125:15 135:6,23
asserting 102:21
assess 79:20 80:4
asset 22:4,8 23:13,24 24:7,10,19 25:9 27:15 38:21,22,25 39:2,4 42:23 43:8 44:10,19 45:11,16 49:3,12 50:17 51:12 55:17 56:12 56:22 57:12,13 70:3 72:7 78:10 78:14 80:4 113:19 116:12 118:6,8 118:10 120:5 124:14,19 125:2 137:23 138:4
assistant 31:4 105:5
assisting 14:24
assists 34:25
associated 63:18
Associates 41:11
assume 5:4 20:23 53:10 75:14 82:4 115:22 135:19
assumed 115:17
assuming 136:2
assumption 62:12
attached 107:6
attempt 31:8 51:22 71:12 77:18 79:20
attempted 126:8
attend 42:6,10 45:10
attending 71:14
attention 41:21 68:19 69:2,6,12 72:21,23 73:12,13 101:24
attorney 11:11 87:13 103:8 108:12 115:19
attorneys 2:4,11 3:5 12:9 14:25 115:21,25 130:15,20 131:19 135:22
audit 28:8,15 90:20
audited 28:9
auditor 28:10
audits 13:8
authority 48:3,4,6
authorization 105:7
authorized 3:16 105:9
available 30:16
Avenue 2:12
average 50:10 65:12 66:3
aware 61:10 69:8 72:2 86:12 87:3,9 90:12 93:4,8,10 97:17,21,25 99:10,14 100:21 112:8,15 117:19 126:2,25 127:4
away 7:17 49:25 105:10 135:25
a.m 1:14

**B**

back 11:4 51:10 76:3 96:9 100:24 102:8 112:23 115:20 118:14 122:24 126:22
background 10:12 29:16

bad 63:15 84:3
badly 126:6
ballpark 72:11
bank 107:23,25
bargaining 16:7 17:3
BARRISTER 1:23
Base 122:13
based 4:24 62:17 92:25
basis 12:23,24 25:21,23 27:2,3 67:14 68:2 71:9 74:13 90:4 91:7 108:14 121:9,17 122:16 132:12
Bates 103:25 106:25
batting 50:10
Baxter 130:13
bearing 20:13 104:6,15 107:11 137:4,17,18,20
became 13:4,12 14:6 88:17,21 89:2 89:4
become 61:10
before 1:14 3:18 4:3 5:13 7:7 23:5 25:25 34:17 41:13 42:7 43:9 55:5 57:7 68:25 70:21 81:12 85:23 92:23 96:11 98:22 99:16 101:20 106:14,16 114:4,6,8 118:13 129:15 136:17 139:4,5,6,12
beg 100:8
began 96:16 133:8
beginning 28:18
behalf 19:17 24:23,24 39:12 45:11 53:6 54:3 56:22 72:7 78:14 80:25 94:25 102:4,21,24 105:6,9 129:4 129:7
behind 50:7
being 5:17,17 6:3 7:3 17:21 29:18 29:22 30:8,18 31:23 33:16 34:18 49:19 63:10 64:2 70:19 110:24,25 112:22
believe 25:2 27:13 32:11 35:14 36:2 45:17 46:19,21 50:11 59:5 61:12 61:15 62:2,9 67:12 72:22 74:16 78:6 80:2 84:20 96:14 100:24 115:8,11 135:14 136:8
believing 91:7
benefit 5:12 15:20
benefits 13:7 15:17 16:11
berger 1:12 2:4 130:17 131:15,21 132:17,20 133:3 134:6,9 136:5
Bershad 133:4
besides 7:11 32:14 44:8 131:14
best 18:4 56:3,8 60:7,11 83:21
better 67:3 71:2,3,5 111:22 128:18
between 3:5 57:11 63:9 64:10 87:12 95:3 102:5,22,24 112:17 116:7 117:21 125:10,21 127:12 128:8 134:13,18 135:3
beyond 124:11,12
billed 136:4

billion 17:25 18:13
block 110:24,24 122:17,21 123:20 128:11,13
blocks 110:22 112:6 114:21 123:11 124:5,15,19
blood 139:14
board 11:17 12:2 22:16,25 25:12 25:17 41:14,21 42:8,11 43:9 44:2 44:20 45:11 48:14 49:10,14 50:13 51:6 55:5,6 66:9,13,19 67:13 68:4 68:12,23 69:3 71:14,18 74:8,22 75:4 79:23 81:16 82:15
board's 69:6,11 77:14
bogie 62:11
Bond 32:16,21 132:23 133:5
book 92:17
booked 92:22 97:14
booking 97:13
borders 65:7
borrow 47:13,16 48:3
both 7:10 9:16 112:5 123:16
bottom 20:25 54:20 60:3 64:12 114:16 123:8,12
bottom-up 55:19,24 56:4
bought 112:12
breach 40:14,15
break 5:7,11 58:8,10 88:3 116:21
brief 10:11 58:11 88:4 94:8,13 116:23 137:11
briefing 93:4
briefly 88:11
bring 68:18 69:2,11 126:8,22
broad 12:14
Broadway 1:23
brokers 65:10
brought 26:7 41:20 69:5 71:24 72:21,23 73:11,12
Brown 90:18
Bucks 8:3,7,14 14:9
business 7:17 10:16,21 15:10 16:2 16:4 42:19 44:4 49:2,13 79:9 90:21 98:6 99:7
buy 47:3,12,15 48:5 55:24 83:18 95:22
buying 47:6
bylaws 47:7
by-laws 38:16

**C**

C 2:2 4:2 139:2,2
calculator 111:14
call 26:10 49:4 62:11 73:3,8 75:16 98:14,17 99:19 137:14
called 42:19 48:16,20 71:21 73:4,5 99:7,8
calling 48:21
calm 84:9

came 23:15
cap 54:21 55:19,21 56:15 57:3,6,8 57:14,19
capacity 6:15 30:10 74:3
capital 26:20 55:21 62:6
careful 40:6
carefully 40:16
case 6:5,25 7:2 9:20 25:8 35:19 61:9 132:3 135:22
cases 7:14,24 15:2 33:22 47:14 129:18
cash 26:2,3,6
cast 69:17
catastrophic 65:16,18 68:24 69:5
categorizes 58:6
cause 65:18
caused 61:11 126:10,11
cease 14:15
cell 60:16
central 76:12
cents 110:12
CEO 90:18
certain 17:12 31:9 46:13,24 55:8 64:18 65:25 70:25 77:19 78:3 79:18 95:10,19 128:24
certainly 58:9 90:13 92:3 110:8 116:4,13
certification 3:6 36:4 104:3,12 105:19 109:3 115:15
certifications 103:23 105:23
certified 35:24,25 40:5
certifies 116:6
certify 33:7 139:3
cetera 24:6 41:18
chairman 11:17 12:5 73:7 82:20 90:18
chairman's 73:13
challenge 127:7
change 41:20 82:23
changed 12:16,19 22:8 38:23
changes 61:16 69:20
characterization 126:18
charge 92:12
charged 30:14
check 68:15 115:20
Chinese 92:14
chosen 55:3
churning 65:7
circumstances 118:22
claim 15:17 33:15 101:11,13 137:16
claimed 5:25 7:4
claims 15:20 88:7 126:11
clarify 16:18
class 19:8 30:10,19 33:4,7,10,17,24 34:3 35:24,24 36:5 43:20 85:15 94:24 95:5,11,13 101:11,13 102:4

102:13,17 106:17 116:16,25,25 118:23 119:9 128:17 129:20,25 132:22 137:15
classes 19:7 31:18
clear 27:10 49:4 51:2 100:10 113:15 118:21
Clerk 8:6,13,15
client 36:15 65:11
close 18:13 46:4
CoAmerica 108:3
coding 60:17
collect 12:24 16:5 133:7
collected 10:6 51:20 76:14
collection 119:17,19
collective 16:6 17:3
Columbia 10:16,20 18:16
column 122:13,15,19
come 46:4 132:6,19
comes 7:24 24:13 87:18
commencement 139:7
comment 67:2
Commenting 90:17
commitment 67:7
common 39:19
communicated 78:23 79:4
communications 48:13 87:16
companies 56:3 72:6 77:11 78:11 78:13 130:11
company 21:21,24 57:4 61:25 71:20 77:15 78:7 83:14 88:19 91:2,16 93:2 99:8 126:5
comparatively 66:17
compare 18:7 106:3
compared 70:5,14,23
compensated 75:14
Competing 93:23
complaint 36:17 85:15 86:2,4,6,14 87:4 97:3,6 101:16,20,25 103:3 117:19 119:7 126:16
complete 20:7
completed 136:12
completely 14:19
computer 108:16
concerned 68:18 75:8
concerning 43:24 125:8 133:14 134:19
condition 79:21,25 80:5
conduct 88:24
conducting 96:11
conference 98:14,17 99:19 137:14
confess 42:25
confident 121:22,24
confidential 36:18,20,25 37:4
confirm 108:24 123:7
confusing 126:15
connected 17:10 139:14
connection 6:9 8:24 18:23 23:23

43:12 48:14 93:12 136:5
consider 49:22 63:13,25 78:8 97:19
considerably 18:12
consideration 23:18 24:5
considered 47:11 63:12
consolidated 36:14,17 85:14 101:10,12 137:15
consult 39:20 71:17
consuming 23:11
contact 24:9 35:9 42:24 50:23 68:23 131:24 132:5,9
contacted 130:25 131:8,23 133:14
contained 99:11
contingent 135:11,12
continue 14:12 112:24 123:22 126:19 128:20
CONTINUED 138:2
contract 6:23
contractor 7:3
contrarient 64:12
contributions 16:5 17:21
conversation 81:20 82:2,15 87:14 103:7 133:19,22
conversations 83:8 87:7,12
converse 82:21
copies 75:3
Cordes 13:23 14:8
corner 59:10,14 120:4 122:4
corporation 55:22 81:9
correct 17:15 18:25 19:3 20:18,19 20:23 21:12 29:15 34:21,22 53:7 56:9 61:22 63:3 66:3 67:14 78:7 83:25 86:8 96:10 106:7,8 110:9 110:25 111:24 115:22 117:3 122:11 123:18,21 124:25 127:15 127:20
correction 128:4 140:3
correctly 121:23
cost 33:18 111:15 112:2 122:13,15 135:9
costs 33:12 135:19 136:2,3
counsel 10:6 11:7,8,10 12:12,16 13:2,18 20:8 30:14 31:13 32:2 34:24 35:4 47:14 85:15 93:10 106:24 107:7 113:21 119:20 123:4 129:16,17,23 131:2,14,23 131:24 132:24 133:9 134:19 139:10,18
counsel's 35:10
country 16:14 17:13 37:20
county 8:3,4,6,7,14 14:9 37:18
couple 4:21 13:20 26:23 27:18 56:6 106:10 132:18
course 5:10 13:5 23:18 30:4 56:16 91:2
court 1:2 3:18 7:7 8:24 9:16 13:12 28:20 30:17 32:23 33:6,11 35:12

144

Slimscript Copy:  IN RE: VEECO INSTRUMENTS, INC.: RICHARD S. HOFFMAN, 12/8/2005

35:15 37:18 93:5,11 135:24
courts 8:6,13,16 33:19 35:18
covered 52:5 116:19
covers 12:14
credit 92:17
creditor 37:10
criminal 29:16
critical 50:13,14,15,16 108:8
crutcher 2:11 4:16
cumbersome 119:24
curious 103:17,20
current 11:5 12:5 18:6 20:2 21:5
 26:15 27:12,16 32:12 37:7 46:2
 88:7 95:13 111:19
currently 11:19,22 15:3 16:3,14
 17:23 18:3 19:5,8 22:3 25:13,18
 35:13 36:11 45:18 52:12 78:3
 102:21
custodian 107:19,22,24 108:11
 121:18
customer 92:20
customers 126:10
cut 33:18 55:4 66:24

_____ D _____
D 4:2 137:2 138:2
Dahab 41:15,23 49:20 54:24 58:6
 66:24 67:12 68:20 69:14,25 72:22
 72:24 74:11,17 75:6,12 76:10
 77:3 82:20
Dahab's 48:18 50:3 71:15 74:9
 75:9 76:4 77:4
daily 121:19
damages 33:16
damn 83:21
danger 71:24
data 69:25
date 20:16 35:19 58:25 67:21 89:15
 94:6,15 95:10,23 96:2,6,10,19,23
 97:8 98:11,19 101:15 104:9,18
 106:14 107:14 113:25 118:12
 120:3 125:11
dated 89:13 98:3,9 137:8,12
dates 13:25 34:9 123:15 128:15
Dave 133:4
day 42:14,16,17,18,19 98:14
 108:15,17 121:18 133:18 136:18
 139:5,20
days 42:17
day-to-day 15:19
deal 15:22 53:9
debt 37:23 38:12 39:5
Decatur 93:25
December 1:14 42:22 43:13 44:11
 45:2 58:19,23 101:2 137:7 139:5
decide 4:24 54:21 133:15
decided 47:15 48:6 124:8,14

deciding 22:13 23:5 125:3
deciduously 75:6 76:7
decision 23:12 40:20 47:17 49:23
 54:18 55:6 69:24 129:4,7,11,15
 135:5
decisions 15:20 19:17,22,23 21:14
 22:18 24:22,24 25:13,18,20 35:19
 35:21 39:12 80:16,24 81:2
declaration 48:2
defendants 4:18 9:20 36:12 88:9
defended 7:2
define 33:24 101:6
degree 10:15,20 18:17,19 32:5
degrees 18:15
deletions 27:18
deliberately 88:13,16 90:7 91:10
delinquencies 37:15 38:2,4
delinquency 12:24
delivered 92:19
department 77:5
departments 76:23
depends 60:21
deposed 5:13,17,17,19 19:12 29:18
 29:22
deposition 1:10 3:15 5:22 136:12
depositions 6:8,12 30:16
describe 12:18 16:2,24 55:18 60:9
 60:11 65:14 66:5 70:9,11,17,19
 88:6 92:8
described 7:12 30:23 44:23 59:15
 69:6
describing 41:10
description 10:12 137:3 138:3
detailed 74:10
details 91:19 127:4
determine 29:23 68:16 93:6
Deutsche 108:3,4,6
developing 60:23
device 33:11 60:18
devices 60:13,17
devote 42:16
devoted 13:6
differ 64:4
difference 33:16 103:18,20
different 39:8,9 55:12,13 63:2,2
 72:6 99:23 102:16 106:17 107:8
 111:8 113:3 116:5 120:11
differentiation 63:9
differently 69:17 127:23
differs 64:10
difficult 28:20 84:10
diligence 23:9,23
direct 15:18 87:10,23 101:24 103:6
 124:22
directed 10:2
directions 11:16
directly 17:10 73:6 78:23 79:4

125:14 139:16
disagree 119:11
disagreement 134:13,18 135:3
disagreements 135:8
disastrous 62:20
disclose 105:24 127:15
disclosing 87:16
discouraged 39:23,24
discovered 133:12
discretion 77:23
discuss 80:23 81:3,8,15 82:24 103:7
discussed 43:19,23 49:12,19 50:2
 83:4 87:20 102:11 125:14 129:19
discussing 82:18
discussion 43:15 45:4 49:17 57:10
 67:10 83:11 109:21 125:16
discussions 83:13 125:6
disgruntled 40:13
dismiss 42:2
dismissed 32:23 65:8
dismisses 135:24
dispute 100:4
district 1:2,3 35:14 93:16,18
diversity 64:15
document 20:6,8,13,19 47:19 51:19
 51:20,23 52:6,13 58:4,5,16,17
 59:3 67:25 85:21 89:7 94:8 98:20
 100:7,11,15,22 101:3,7,21 103:25
 104:2,6,15,21 105:8,11,16 107:11
 110:9 113:18,23 114:5,10 118:3,4
 118:17 119:23 120:22,25 121:3
 121:23 126:2 137:4,17,18,20,21
documents 9:19,23 10:3,5 15:17
 34:23 35:4 46:22 74:19,22 75:4
 76:19 93:11 106:24 107:16 109:6
 114:7 115:20 116:19
doing 55:25 56:6 60:4,25 65:9
 111:23
DOL 13:8 28:9,12
dollars 92:18
domestic 7:23 15:2
done 49:5,6 79:9 132:7
doubled 18:9,11
down 33:18 54:21 55:4 59:16 64:12
 82:5,7 83:22 84:2,12
draft 54:11,12
drafts 54:14
driven 63:10
drop 82:11 83:2
dropped 32:19,22 82:10,12
due 16:11 23:9,22
duly 4:3 139:6
dunn 2:11 4:16
during 9:11 34:4 42:15 43:17 45:6
 49:13 51:12 60:5 61:22 62:14
 65:25 67:20 74:22 88:10 99:6
 112:9 117:7,12 118:23 121:4

Slimscript Copy: IN RE: VEECO INSTRUMENTS, INC.: RICHARD S. HOFFMAN, 12/8/2005

127:17 128:6,24 131:4 133:19
duties 13:12 23:21 30:22 31:10
duty 40:8,14,15
D-A-H-A-B 41:11

**E**

E 2:2,2 21:21,23 137:2 138:2 139:2
  139:2
each 28:18 41:8,12 46:13 49:22,23
  54:6,8 67:19,22
earlier 43:13 71:22 78:6 96:14
  101:19 116:24 131:7
early 8:19 88:22 131:4
earnings 22:11 62:12 65:17 69:9
  71:24 79:14 80:7 81:18,23 82:16
  83:15 87:18,22 88:11,12,15 89:3
  89:24 90:5 96:8 97:14
easier 52:16 58:16 108:22 109:5
Eastern 93:16
educational 10:12
Edward 90:18
effect 3:17
effort 9:12,14 79:14 93:8
efforts 93:12
eight 8:16 99:22
either 24:6 28:11 79:4 98:24
elected 8:17
elective 7:25 8:5,9,20
Electric 66:18,21
eliminates 33:20
embarrassing 41:17
Emcore 99:8 125:22 127:12 128:8
employ 139:17
employed 17:20 78:23 79:5 134:4,8
employee 5:23 42:23
employees 7:15 11:12,24 16:9 17:2
  17:12 21:9 82:19 134:10
employer 37:18,25 38:3
employers 16:5 17:22 37:20
employment 11:2 14:23
enactment 12:20
end 45:7 46:15,19 85:9
ending 58:19,22 59:21 137:6
engaged 13:15 73:21 92:20
enough 99:25
ensure 115:14
ensuring 30:21
entire 22:6 42:17 85:21 100:11
  128:13
entirety 94:18
entitled 104:2
entries 90:9,12,19
equities 38:10
equity 39:5 45:19,22 63:9 64:24
ERISA 12:20 13:4,6,10 30:6
ERRATA 140:2
Errors 90:19

escapes 45:14
ESQ 2:7,8,14
essentially 33:15 63:21 104:23
  135:23
estate 6:22 26:12,17,19 27:19
estimate 72:12
et 24:6 41:18
eternity 86:3
even 63:13 72:11
event 52:6 69:5
ever 5:13 6:14 7:6 19:12 28:7 29:2
  29:6,12 33:2 36:22,24 47:3 48:12
  50:16 52:18 71:17 78:18,22 79:3
  79:9 80:20,23 81:15 99:5 114:5
  121:11 125:6,16 127:14 134:5,9
every 5:11 27:21 28:4,9 35:8 37:16
  39:16 49:18 61:17 62:3 68:4
  108:15,17 121:18
everybody 84:8,14 91:17
everything 54:12 116:2
exact 73:17
exactly 32:25 51:15 64:3 65:2
  73:15 108:17 124:10
examination 4:7 139:4,12
examined 4:5
example 17:11 27:15 29:3 56:4
  60:15 66:7,16
exceed 62:17
except 3:10 54:12
excess 46:8 66:5
excise 86:20
excuse 51:9 52:19
execute 125:3
executing 81:2
exhibit 20:12,15 26:16 27:12 39:17
  52:22 58:18,24 89:8,14 93:15
  94:5,12,14,19 96:9 98:3,7,10,12
  98:18,21,24 99:11,12,15,21
  100:18,25 101:10,14 102:8,12,16
  103:24 104:8,11,17,19 105:13
  106:4,4,5,7,23 107:6,13,17
  108:23 109:9,13,18 110:2,7 111:4
  111:11 112:19,23 113:10,16,22
  113:24 114:3 115:15 116:5,8,24
  118:4,11,13,14,15 119:14,16
  122:7,25 123:2,6,9,13,22 124:2,6
  124:20 130:5,7
exhibits 107:8 137:3
existing 26:5
expect 64:14 66:19 82:11
expectation 64:17 65:24
expectations 62:5
expected 63:6,23
expenses 30:14
experience 13:5
expert 7:22 61:2 83:17 86:5
expertise 76:11

explain 73:16
explained 87:21
extent 31:23 33:16 80:16
extremely 39:22
eyeballing 111:19

**F**

F 4:2,2 139:2
fact 26:24 32:17 56:11 81:17 82:7
  83:14 86:10,23,24 91:11 97:12
facts 61:10 88:17,21
factual 86:8
fair 30:15
fairly 12:21,21
fall 61:3
false 86:8 96:21,25 97:10,18,22
  99:10,14 100:6,12,21 101:6
  117:10
familiar 89:22 99:12 125:24 129:19
far 10:9 11:4 33:5 34:15 76:3 92:11
farther 84:2
February 89:9,13 95:4,9,14 96:6
  96:10,16 102:6,14,18,23,25
  112:10,17,25 113:8 116:7 117:2
  117:22 128:14,21 131:6 137:8
federal 28:3 29:7 35:14 94:24
  102:4 104:4,12
fee 135:11,12
feel 4:25 121:22,24
fees 30:13 65:10 110:13
Felice 12:6
fell 88:18
felt 47:24
few 9:4 27:13 103:4,21
fickle 83:18
fiduciaries 30:6
fiduciary 30:7,9,18,22 31:10 38:19
  40:14,15
field 86:5
fifteen 9:10 39:6
figure 111:13
file 15:23 37:17 75:7,24 76:3,12,16
  80:17 105:19
filed 28:3 36:15 85:5,9,16,23 89:10
  89:13,25 93:24 94:9 96:2 98:4
  101:20 137:8
files 52:12
filing 3:6 27:20 59:9,12 93:15,17
  97:23 104:22
filings 77:11,15 97:21
final 101:21,21
financial 60:21 66:20 79:19,20,25
  80:5 84:19,23 85:3 86:11,25
  91:11 128:3
find 76:24 109:19
fine 51:25 107:9 114:15 129:21
fire 26:9

Slimscript Copy:  IN RE: VEECO INSTRUMENTS, INC.: RICHARD S. HOFFMAN, 12/8/2005

fired 26:4,24 27:5
firing 27:2
firm 4:15 7:17,18,19 14:9 133:11 135:5
firms 13:21,22 14:2 21:13
first 4:3 42:17 54:18 58:13 71:20 72:19 84:20 85:3 86:12 87:2 88:21 89:25 90:6 91:9 94:23 96:3 96:19,23 97:8,23 101:24 102:3 104:19,20 105:15 110:2,23 127:17 128:3,6 130:25 131:24,25 132:5 133:13
fiscal 58:19,22 137:6
five 5:20 9:5 14:9,18 22:24 23:19 28:5 32:7 45:23 46:3 53:3 66:24 67:21
five-minute 88:3 116:21
flow 26:2,3,7
focus 62:10 76:10
followed 50:4,9
following 80:6
follows 4:5
force 3:17
foreign 92:12
forget 24:15 27:6,8,9 32:24 130:3
form 3:10 58:22 86:15 89:10 98:4 100:25 114:6,7 120:24 121:3 137:6
formality 91:3
former 5:23
forms 28:4
forward 133:16 135:15
four 14:9 22:9 126:23
Fox 22:4,8 23:13,17,24 24:3,7,10 24:19 25:9 27:15 42:23 43:8,22 44:10,19 45:11,15 49:3,12 50:17 51:11 55:17 56:11,21 57:12,13,21 59:25 70:3,16 72:6 78:9,13 80:4 103:12 113:2,19 115:6,10 116:12 118:5,8,10 124:8,14,18 125:2 137:23 138:4
frame 52:2
frankly 69:13
fraud 90:24 92:10
fraudulent 97:16
fraudulently 88:12,15 90:7,8 91:10
frequently 35:5,7 49:6
from 10:17 11:3 12:16 14:5,17 18:16 20:11,20 23:10,20 27:10 34:24 35:4 43:8 44:19 47:6,23 48:8 49:25 54:2 55:13 62:24 65:3 77:2 86:20 91:15 95:14 99:8 102:17 107:19 108:10,21 112:10 116:9,25 118:5,8,10 121:8,17 126:4 132:6 137:23
front 108:23 109:7 123:2
fulfill 30:22 31:10

fulfilling 38:19
function 15:10,11 73:23
functions 12:8 15:4,19
fund 1:10 2:5 5:24,25 13:3 26:20 53:8,8,25 63:20 93:25
funds 18:3 21:14,23 26:11,12,16,17 27:19 45:24,25 46:10,17 52:20,21 53:24 72:16 78:9
further 3:9,14 87:24 93:21

───────── G ─────────
gain 122:20
gather 30:17 45:6 50:6 55:13 62:24 75:5
general 38:5 66:18,20 73:23 82:14 82:17 83:10 126:12 127:2,6
generally 12:18 39:7 61:8 64:5 75:7
gentleman 24:12,14 42:4 45:14 92:12 130:21
gentlemen 50:25
getting 32:20 40:7 69:21 87:24
gibson 2:11 4:15
give 10:11 13:25 35:6 49:24 51:8 72:11 75:16 100:4
given 6:8 7:6 52:2 55:9 58:5 72:8 115:19,20
gives 32:4 48:2,4 69:25
go 37:16 40:3,19 48:25 65:24 68:15 84:2,12 115:20 123:6 133:16 134:24
goal 62:16
goes 81:23 83:22 135:15
going 4:20 5:3,5 6:11 11:4 25:25 31:5,19,21,23 32:4 58:17 65:21 65:24 67:4 79:13 82:5 83:2 84:12 85:17 88:24 89:3,7 91:18 98:2,13 101:3 118:3 121:25 129:3 133:7
gone 27:9 42:5 82:7
good 4:14 40:7 51:10 55:2 61:17 62:19 66:2 91:4 111:22
Goodheart 13:23 14:4,6
government 28:11
graduate 10:17 18:15
graduated 10:24
grateful 9:16
greater 26:13 53:17
grievances 15:23
group 40:25 41:3 56:8
grow 61:21
growth 54:20 57:19,23 60:7 61:17 61:19,24 64:8,9,11
guess 16:22 47:21 60:6 66:2 96:7 110:13 111:20
guy 41:24

───────── H ─────────
H 4:2,2 90:18

half 17:19 22:5 134:2,3
halfway 120:2
hand 101:22 139:20
handed 107:17 119:14
handle 15:23 37:14,15
hanky-panky 92:21
happen 26:10 65:21 82:22
happened 32:24 40:18 65:16 80:20 82:23
happens 68:19
happy 107:5 119:18
hard 70:11
having 4:3 14:15 33:21 75:10 82:15
head 111:23
heading 94:21
health 5:24,24 13:2
hear 71:20 73:14 84:3 85:7 101:18
heard 93:3
Heartland 81:7
heavily 61:13 77:19 78:3
heavy 66:23
hedge 26:11,16,20 27:19 52:19,21 53:8,8,10,24
held 1:11 7:25,25 8:9,20 12:11 66:7 66:17 67:6,11 99:3 109:22 113:7 139:5
helpful 33:19
helps 73:19
heretofore 48:6
hereunto 139:19
he'll 66:25 67:22 68:22 74:24
high 60:5,18,19,24 61:16 63:15,17 63:17
higher 63:7,18,23,24
highly 91:18
high-risk 63:16
high-tech 60:12,14 61:7 78:7,11
him 6:2,23 7:5 41:17 48:16 49:4,7 50:23 69:25 75:16 97:5
hire 41:6
hired 21:13 26:4 42:3 132:23 133:5
history 11:3 127:2
hoc 25:23
Hoffmann 13:23
hold 8:5 64:23 65:12,22 66:2,3 67:2 81:22 84:6 108:18 112:24 128:21
holding 128:25
holdings 115:4,6,9,10
holds 107:23
hope 18:4 64:21 65:19 76:15 83:20
hopefully 46:23 52:15
hospital 17:12
hospitals 17:11
hour 5:11 133:24 134:2,3
hours 4:21
house 11:8,10 12:12,15 13:18
Howard 73:10

Slimscript Copy: IN RE: VEECO INSTRUMENTS, INC.: RICHARD S. HOFFMAN, 12/8/2005

hundred 33:21
hundreds 37:15

**I**

ID 120:6
idea 31:19 57:7 72:10 135:17
identification 20:16 58:24 89:15
    94:6,14 98:10,19 101:14 104:9,18
    107:14 113:25 118:12 137:3
identify 100:12
identity 37:3
images 77:6,8
imagine 68:14
imaging 76:17,19 77:7
immediate 42:2 69:12
immediately 41:20,25 69:2
impending 132:13
implicate 46:13
implying 50:12
import 98:6
important 38:25 40:11
improper 80:11,14 90:9,12,19
    91:19 127:15
improperly 127:10
improprieties 91:6
imprudent 47:15 48:7 64:2
inc 1:5,23 2:12 21:21 104:3
inches 68:3
include 54:10 86:16 116:9
included 17:5 23:17
inclusive 95:5
income 59:15,20
inconsistent 56:24
increase 55:23
increased 18:13
independent 87:20 132:13
indicate 5:2 59:19,23 113:10
    122:15,20
indicates 90:10,15 123:18
indicating 90:15
indirect 124:23,24
indirectly 139:16
individual 4:17 6:15 41:2 66:10,14
    71:17 84:13 88:8
individuals 130:17
industries 17:8,9,14 77:20,23 78:4
    81:7
industry 60:9,12 61:18,19 62:3,3
inferior 126:9
inflated 117:6,10,14,16,18,21,24
    118:25 119:8
influence 31:24,25 32:5
inform 81:11
information 30:18 65:21 115:18,23
    125:2 132:7,8,11
INFORMATION/DOCUMENTS
    138:3

infrequent 67:8
initial 52:5
injured 33:13
injury 118:24
innumerable 7:23
inside 65:20
instance 131:24,25
instances 82:22
Instead 33:21
instructions 9:12
instruments 1:5 2:12 4:17,18 43:16
    44:17 45:5 46:18 51:14 56:11,14
    56:23 57:18 58:13,18,21 59:24
    60:10 62:8 71:21 72:4 75:20
    78:19,24 79:6,10,18,21 80:5 83:5
    84:16 88:8 89:10,14 104:3 115:5
    125:22 137:6,9
insulating 40:10
insulation 40:2
intended 5:8
intending 63:14 116:18
interest 34:21 37:22
interested 139:16
interfere 80:15
internal 47:7 88:25 90:20 96:12
internally 125:17
International 130:14
Interplex 4:12
interpretation 15:16
interpreted 13:11
interview 23:8 55:3 73:19
inventory 97:15
invest 16:10 22:14 47:16 53:20,23
    56:8 63:6,23 72:7 77:12,16,19
invested 21:23 22:3,7 34:4 38:10,12
    58:13 61:13 78:3,14 84:16 86:24
    116:15
investigated 29:13
investigation 29:3,7 79:24 88:25
    96:12
investigations 23:9
investing 47:23 53:14 54:2 88:16
    125:9
investment 6:24 17:24 18:11 19:17
    19:23 21:13,18 24:23 26:13,14
    38:7,10 39:11,21 40:20 43:16,22
    43:24 44:5,6,17 45:5,19,22 46:6
    46:17,18 47:12,17 51:14 54:6,9
    54:13 55:12,16 56:22,25 57:20,23
    59:24 62:7,10 63:3,7,16,16 64:3
    64:24 65:23 66:14,18,21 70:5
    72:4 75:20,22 80:16,24 86:17
    111:15 112:2 115:13 116:15
investments 38:18,20 40:3,12,19
    46:3,8,14 56:10,20 64:17 65:13
    66:8,10 69:16 71:13,18 72:16
    74:7 78:9,10 81:4 111:16

investor 53:13
investors 88:16,18
invests 53:5
involved 15:13 34:5,6 38:3
involving 7:14 8:3 11:13
in-house 126:8
irrational 83:24
irrationally 84:7
IRS 13:8,9 28:12
issue 33:21,22 94:10
issued 35:18 50:16 92:2,4
items 122:2

**J**

January 106:6,9 109:11,15 113:14
    116:10 120:4 122:5
job 12:22 13:17 15:4 76:9 91:4
jobs 15:7
John 36:9
judge 14:6 35:16
judgment 37:16
judgments 37:7,10,24
June 42:22
just 5:7,10,11 13:12 28:17,20 30:23
    32:3,11 33:23 42:18 44:22 51:2
    53:14 75:13 84:13 85:19 88:11
    94:20 100:18 101:25 103:17,20
    107:17 111:19 118:20 119:14
    121:4 123:7,23 125:15 127:6

**K**

keep 28:20 44:8 49:9 75:24
keeping 31:22 34:25
keeps 32:2
kept 44:2,4
key 38:18 41:21,24
Kiernan 36:9
kind 54:19 92:20
kinds 30:17 74:19
King 13:23 14:8
Kluttz 75:11 77:2 82:20
Kluttz's 73:12,17 75:18 76:4,8 77:7
know 4:23 5:7,9 10:9,10 24:2,17
    25:4,11,11 29:18 33:5,6 34:6,9,12
    34:15 35:12,16,18,21,23 36:7,9
    36:11,20 37:3,14 45:20,21 46:2,5
    46:20 50:9 53:5,16 58:12 62:4
    64:6,25 66:25 70:15 72:10 73:4
    74:14,15 75:17 76:16 77:6,7
    78:13,21 79:2,7,23 80:2,3 81:21
    82:6,8,12 84:18,22 85:5,8 87:17
    91:19 95:20,24 96:5 99:2 102:20
    113:9,14 115:7 117:24 121:22
    124:25 125:13 128:9,22 129:2
    133:2,11
knowing 32:3
knowledge 18:5 19:6 28:2 29:14

148

Slimscript Copy: IN RE: VEECO INSTRUMENTS, INC.: RICHARD S. HOFFMAN, 12/8/2005

37:2 50:18 57:11,16 79:10,11
  80:21 85:13 87:17 123:24 124:4,7
  124:11,13,18,22,23,24 126:13
  127:14 134:4,7,12
known 73:6 88:14,17,21 89:2,4
  96:16
K-L-U-T-T-Z 73:10

**L**

L 3:2
LalChandani 93:24
lapsed 25:25
large 11:18 25:9 54:21 55:18,21,21
  56:15 57:6,7,14,19 60:21 66:17
  67:7
largely 61:5 77:23 78:10
largest 21:17 45:19,22 46:6
last 5:18 9:7 14:21 22:9 24:10 27:4
  28:4,14 32:7 43:7 44:21 51:12
  57:13 61:11 67:21 69:4 75:18
  78:16 114:18 118:19
later 14:7 108:2
laughing 50:6
law 10:23 12:25,25 13:20,22 18:17
  18:18 28:10 31:5 40:5 93:20 94:4
  133:11 135:4 137:10
laws 104:5,13
lawsuit 6:15,18
lawyer 31:5
lead 19:9,14 29:24,25 30:3,8 31:9
  31:13,16 32:8,18 33:2 34:13,15
  34:18 35:4,25 93:6,13,22 94:10
  104:25 128:23
learn 72:19 82:3
learned 79:12,17
learning 13:5 99:5
least 35:8 39:6 41:13 62:11 113:12
  132:18
leave 7:15 41:22 107:5 119:18
LED's 60:15,16
left 42:5 122:3
legal 15:11,15,18
less 9:5 13:13,13 50:14 53:3 62:20
let 4:23 5:7,9 20:5 26:18 28:17
  100:10
letter 52:4
let's 11:2 18:7 58:15 88:2 93:14
  98:6 101:9 103:24 104:10 106:22
  113:21 123:22
level 46:3
licensed 19:2
liens 37:11,19,25
life 28:19
like 4:25 37:21 40:12 47:24 62:10
  65:16,18 68:19 80:17 81:7 86:3
  92:15 103:15 108:6,10 126:23
likewise 81:10

limited 90:21
line 60:8 90:14 127:5
link 111:9
liquidate 81:12
list 20:7 21:4,5 27:11
listed 21:20 26:16 39:17 52:22 57:5
  57:18 58:2 59:9,13 75:21 111:11
  112:18,21 114:14 123:5,8,11,16
  124:2,6,20 130:4
listening 99:18
listing 21:16
literally 37:15
litigation 1:6 4:19 13:7,7 14:25
  19:13 31:19,25 32:13,15 33:19,20
  34:24 86:5 130:11,12 131:16
  132:14,23 133:6,10 134:15,20
  135:10
litigations 19:6,10 32:6
little 65:3,4 119:24
LLP 2:11
local 132:23
located 37:19
locating 52:16
location 11:20,21,23
Locust 1:13 2:5
long 12:11 39:4 49:9 52:24 61:16
  62:18 64:25 67:25 74:2 101:2
  132:16 133:13,21,23
long-term 71:9
look 5:5 20:8 56:5 59:8 67:3 89:7
  94:8,19 96:9 102:8 103:22 104:19
  105:13 108:10,19 109:4 110:16
  113:17 114:16 118:2,13 119:14
  122:24 123:22 125:19 126:24
  130:6
looked 86:6
looking 81:6,6,9 100:24 111:21
  120:11,16 122:12
looks 20:18 89:22
loose 57:9
lose 126:10 129:3
loss 114:23
losses 61:22
lost 34:5 42:25 43:22 51:16 88:18
  103:14 104:24 112:13 113:5
  123:19 128:23
lot 15:15 25:4 33:12 38:24 65:6,9
  67:2 99:23 126:7
lots 37:19
low 66:5
lower 62:16

**M**

M 4:2
made 6:23 17:21 25:20,23 26:23
  49:23 54:18 56:11 66:11,15 73:6
  80:4 86:17 87:8 91:9 92:14 93:8

96:20,24 97:9,18 103:12,13
  106:11 111:16 113:3 123:25
  126:9 129:4,7
main 35:9
mainly 17:8,13 130:19
maintain 76:4
maintained 76:14
maintaining 76:18,25
major 41:20
make 9:12,14 15:20 16:8 21:13
  24:13 30:11,13,15 32:3 38:20
  39:11 40:20 42:7 44:10,16 49:21
  51:4 52:16 53:17 55:6 60:16
  62:11,18,20 65:8,9,10 68:18
  69:24 71:12 74:12 77:18 79:14,19
  80:13,24 83:21 118:20 123:6
  129:15 135:5
makes 25:13 40:11 41:12 62:13
  74:7,10,15,16
making 19:17,21,23 24:22 25:18
  28:19 40:7 56:7 69:19
management 7:16 15:24 22:4,8
  23:13,25 24:8,10,20 25:10 27:15
  42:24 43:9,22 44:10,19 45:12,16
  49:3,12 50:17 51:12 54:6 55:17
  56:12 57:12,14 70:3 72:7 78:10
  78:14 80:4 82:23 90:11 113:20
  116:12 118:6,8,10 124:14,19
  125:2 137:23 138:5
Management's 56:22
manager 23:14 27:5,7,25 39:19
  40:11,17,21 41:8,12,15,17,22
  42:3,4 49:18,24 52:25 53:12,20
  54:7,13,14,19,20,20 55:19 56:4
  63:10,12 65:6,13 67:5,19,22
  69:22 71:5 82:25 121:15 124:8
  125:15
managers 7:14 8:25 9:9 19:25 20:3
  21:4,6,8,16 22:14 23:5,8 24:4
  25:5,14 26:4,5,8,9,11,15,25 27:2
  27:12,16,17 39:9,11,17 40:6,23
  41:5 42:7,18 44:5,7 46:13 50:13
  51:6 53:25 54:8,16,25 55:4,9,13
  56:25 62:22 63:2,5,9,22 64:4,6,11
  64:18 65:2,23 66:4 69:19 70:14
  70:23 72:17 73:20,25 77:24 80:23
  115:9 116:15 121:9,17
mandated 38:15
manner 31:25 58:3
manufacturers 60:14
manufactures 60:13
manufacturing 126:7
many 5:15 6:7,17 8:23 9:2 12:2
  16:13 17:9,13 28:13 31:18 32:6,9
  37:16 38:24 72:6 83:7 87:6 113:6
margin 47:3,6,12,15,23 48:5,10
mark 20:5,12 58:15,17 89:8 93:14

98:2,6,13 101:9 103:24 104:11 106:22 113:21 118:3
marked 20:15 58:23 89:14 94:5,11 94:13 98:9,18,20 100:25 101:13 104:8,17 107:13,17 113:24 114:2 115:15 118:11 119:19 123:13
market 83:24 84:7
marketing 25:5
marriage 139:15
Marsh 130:11
master 123:12
master's 10:15,20,21
materials 44:14
math 111:23
matter 5:10,21 7:9 9:8,24 81:21 100:3 134:15,20 139:17
matters 7:10,11 11:12,14 13:7,8 15:16 86:13 87:4,8
may 3:15 15:23 48:13 49:5 50:19 58:7,9 62:25 81:5 83:8 94:25 110:22,23 112:22 114:22 120:8,8 123:16
maybe 21:25 27:18 84:9 103:22 116:22
MBA 18:16,23
McLennon 130:11
McMahon 35:17
mean 13:16 28:11 29:25 32:23 35:7 53:16 55:20 57:15 61:19,20 68:22 70:13 74:7 76:21 84:5 91:5 115:24
means 55:24 56:17,19 70:22,24 90:13
meant 92:5
measure 41:5 71:10 73:22 75:11
measured 70:25
measurer 70:2 73:21
measures 41:6 74:5
measuring 69:18 76:8
mechanics 53:18
meet 81:4
meeting 42:19 43:13,17 44:5,22 45:6,10 49:2,13,23
meetings 24:13 25:6 42:6,10,17,21 44:3,20 48:15 49:10 50:21 71:14 74:15,23
meets 65:23
member 22:25 68:4 82:16
members 12:2,7 17:15 18:6,7 19:7 25:16 30:10,19 31:11,18 71:18 74:22 81:16 90:11
membership 16:24 17:16
memorandum 93:20 94:3 137:10
memorialized 47:18 54:5 135:12
memory 48:9
mentioned 8:18 9:11 17:16 34:17 42:23 43:18 68:25 81:21

merely 76:24 83:13 113:6
met 78:18
metrics 41:4
Michael 12:6 36:7
middle 70:17
might 23:16,19 26:25 27:13 41:19 48:16,20 53:24 56:7 65:21 73:6 73:11 81:19,23 82:3,9 113:15 132:10
million 17:19 21:25 92:15,18
mills 17:8
mind 28:21
minute 46:23 74:14 89:17 97:6
minutes 44:2,4 48:24 49:9 51:4 106:11 116:22
misbehavior 88:19
misleading 96:21,25 97:10,22 99:11,15 100:7,13,22 101:6 117:11
Miss 87:19 91:20 130:19 132:8,12 133:14 134:14
moderate 64:8 65:4,5,14
moment 89:21 123:23
monitor 40:8 66:10,14,20 71:13 73:9 133:10
monitored 40:17
monitoring 40:22 69:15,24
montague 1:12 2:4 130:18 131:15 131:21 132:17,20 133:3 134:6,9 136:5
monthly 108:14
months 131:11
monumental 50:25
more 13:6,6 45:23 49:25 50:12,15 62:19 64:18 75:22 77:19 78:3 113:4 133:24 134:2
morning 4:14,21 116:14
most 11:3 49:13 61:12 72:14
motion 52:3 93:21
Motions 93:23
move 83:25
much 17:23 22:3 50:15 82:12 84:2 85:25
mull 69:25
multinationals 81:6
multiple 33:20
multiplied 13:12
Multi-Employer 26:18
must 75:14 113:11,12
Mutual 130:14
myself 10:4 139:8,9

N
N 2:2 3:2 4:2 137:2 138:2
name 4:9,14 24:16,17,18 41:9 42:25 43:5 45:14 132:25
named 32:8,17 33:2 35:25 93:6,13

94:10
names 72:14
narrative 10:11
narrow 12:22
nature 51:5 67:16 94:21 102:2
near 101:21
NECA-IBEW 93:25
necessarily 63:8,15
necessary 11:4 94:17 105:18
need 4:25 5:8 51:3
needed 25:24
negative 26:3 59:20 83:20
Neshamanay 4:12
net 59:15,20 122:20
Networks 130:13
never 33:4 48:10,11 80:22 81:8,10 84:15 98:22 99:16 100:15,16 114:4 120:23
new 1:3,15,24 2:13,13 4:4 7:19 13:5 26:4 35:15 93:16,18
Newman 13:24 14:3
news 83:20 84:3
newspaper 91:15,21,24
next 10:20 110:18,19
nine 54:25
ninety 59:16
none 29:17 38:4 43:25 46:4,19
nonprudent 47:11
nontraditional 26:7
non-hedge 53:25
non-legal 15:3,7
non-traditional 26:11
normal 24:3 97:12
Nortel 130:12
notary 1:14 4:4 136:21
note 99:21 116:3 123:15
noted 51:16 52:7 116:24 136:13
nothing 50:25 56:17,20 84:12 86:7 136:3
notice 1:11 103:3
notify 41:24
November 90:23 98:4,9,15,17 99:3 102:6,17,22 112:10,17 116:7,10 117:2,22 125:10 128:12 137:13 137:14
number 17:18,19 18:6,7 36:18 55:8 72:15 95:6 122:13,19 130:16
numbers 20:14,25 104:7,16 107:12 119:24 137:5,17,19,20
N.Y 1:24

O
O 3:2 4:2
oath 3:16
object 15:6 86:15 126:17 127:22
Objection 91:13 95:15 134:22
objections 3:10

obligated 16:6 31:8,12
obligation 134:16,21 135:19,21
obligations 38:20
obtained 108:11
obviously 17:7 53:16 86:7
occasion 41:25 67:6 116:13
occasions 5:15 6:17,20
occur 42:13
off 67:9,11 109:20,22
offer 37:23
offhand 78:17
office 8:2,5,10 11:16,18 24:4 35:10
officer 3:16 36:8,10
officers 91:16
offices 1:12 8:21 76:13
official 77:9
off-line 125:16
often 35:3
oh 5:16 9:6 35:2 37:14 52:19 66:7
   111:12 120:12 130:9
okay 102:10 105:12 114:15 120:17
   123:3
old 7:18
once 27:8 44:24
one 11:23 27:3 32:11,14 33:23
   34:17 35:23 38:18 39:16 40:12
   41:19 42:14,16 46:9 52:23 55:9
   56:2 63:10 72:16 81:20 83:23
   92:24 103:2,3,12,21 105:22
   106:16 107:6 108:20 110:22,23
   111:6 118:21 120:7 121:19
   122:12
ones 37:13 40:8 109:2 130:2,10
only 12:22 14:22 16:19 22:11 24:12
   26:3 27:3 33:15 34:15 52:23
   80:16 82:22 87:6,17 116:11
   117:13 124:7 126:23 128:19
operates 60:10
operation 24:5
opinion 36:4 56:16 61:2 83:19
Oppenheimer 73:11
opportunity 100:17
opposed 53:14 102:23
opposite 61:15
Opposition 93:23
options 52:18,20 53:6,9,10,14,20
   53:23 54:2,10
oral 44:8 74:18
orally 66:25 79:5
order 16:9 31:10
ordered 10:2
organization 25:9
original 97:23 126:6
originally 128:6
other 7:11 8:9,20 11:23 12:7,9
   13:14,17,17 14:24,24 16:20 17:9
   18:15,16,22 19:5,10 28:19 29:8

30:10,19 34:12,13 37:25 38:3
   44:20,22 45:12 46:13 48:13 53:21
   53:23 60:14,16 68:15 70:5,14,23
   71:3,13 78:13,15 82:19,22 83:13
   86:10,23 87:3 91:10 95:22 111:6
   112:8,15,18 115:9,10 116:14
   127:20 129:11,18,24 130:20
   131:14,19 135:7,19
others 23:18 26:21 41:23 57:8 63:7
   63:24 64:19 77:20 78:4 115:7
   130:21
otherwise 25:3
ought 133:9
out 10:3 14:3,20 16:15 32:20 65:16
   65:19 66:25 76:24 80:18 83:25
   100:6 111:13,14 133:6
outcome 139:16
outfit 41:6,9 92:14
outfits 60:15
outright 53:15
outside 21:12 27:23 50:20 116:16
outsourced 126:7
outstanding 37:10,24 66:22
out-performing 71:9
over 6:11 14:21 17:18 22:9 28:18
   37:20 48:25 50:10 69:25 75:18
   122:12
overall 38:6 45:24,25 46:10,16 61:6
   67:23,23 122:25
overstated 88:11,12,15 89:23 90:6
overstatements 91:8
owed 6:2
own 5:11 7:16 13:21 22:11 75:13
   88:7
owner 126:6

---

**P**

P 2:2,2 3:2
PA 2:6
pack 70:18
page 20:24 59:9,10,12,13,17 94:20
   102:9,11,12 105:3,16 108:19
   109:13,19 110:2,18,19 111:6
   114:17 118:16 119:23,25 120:3,5
   120:11,13,14,16 122:24,25 123:9
   137:3 138:3
pages 99:22 108:20 126:23
PAGE/LINE 140:3
paid 16:15 76:10
panic 65:19 83:22 84:4,11,14
panicking 84:8
paragraph 101:25 102:3 106:3,4
   109:18 110:7 111:4 118:14,16,20
   122:7
paragraphs 125:19,25 126:14
pardon 96:22 100:9 129:6
Park 2:12

parker 2:8 35:11 87:7,19 91:20
   130:19 132:8,12 133:14 134:14
part 16:11 53:8 60:21 93:17 131:4
participants 17:20 40:13
participate 23:7,12 129:10
participated 23:16
participating 43:20
participation 92:9
particular 18:21 25:16 39:21 54:23
   56:2 59:17 61:23 62:10 64:13
   67:7 71:18 121:5,5 124:15,20
   130:17 132:3
particularly 61:24
parties 3:5 139:15
partner 13:20 14:2
partners 13:22
parts 120:15
party 6:14,18 19:5 139:9
passage 13:10
past 22:20 26:25
pat 51:9
Paul 130:13
pay 5:25 7:4 16:11
paying 71:4
payment 6:23
pending 35:13
Pennsylvania 1:13 4:13 10:24
pension 1:10 2:5 7:15,24 11:7,13
   14:25 16:3,8,14,16,21,25 17:24
   18:2 19:4,18,20 20:20 21:5,9
   22:13 25:14 28:3,8,25 29:24 30:5
   30:20 31:2,7,15 34:14 37:6,9 38:6
   39:10,13,14,20 45:19 46:9 47:2,5
   47:22 48:9 51:13 52:9,17,25
   53:19,22 54:15 55:7 56:10 57:11
   57:18 62:5,25 63:19 64:6,17
   66:17 70:4 72:3,8 73:9 78:2,15,22
   79:3,8 86:18 93:19,25 94:4
   104:24 110:11,16 111:21 125:8
   134:5,14 135:4 137:10
pensions 16:9
people 8:3 16:20 17:20 33:13 82:18
   83:17 84:3
percent 18:14 22:6 38:11 39:5,5
   45:23 46:3,5,9 59:16 62:15 64:9
   66:24
percentage 21:18,22 38:9 46:16
percentages 38:15
Peregrine 26:19 52:22,24 53:5,7,21
performance 27:3,5 40:23 41:5,7
   41:14 50:2 51:8,9,10 55:2 60:21
   61:5,6 62:22 66:20 67:18 69:18
   70:24 71:8,11 73:22 74:6 75:11
performed 70:3
performer 70:10,12,13,13
performing 13:17 56:3 70:20
perhaps 15:25 31:4 32:2 54:24 57:8

66:25 75:16
period 6:11 22:22 34:5,6 64:23
  65:12,25 66:4 83:10 84:18 88:10
  91:12 95:5,7,8,11,13 102:13,17
  106:17 108:4 112:9 113:4 114:25
  116:16,20,25 117:7,12 118:23
  119:9 121:5 128:17,25
periodic 121:17
periods 116:5
person 5:17 25:5 41:22,23 42:25
  69:14
personally 9:22 29:12 71:12 79:20
  81:15 84:15
personnel 15:24
persons 33:25 34:3 83:4 128:11
Peter 43:5
Pfizer 130:13
Philadelphia 1:13 2:6
philosophy 47:18 54:9,13 55:12,17
  56:25 60:8 64:4
phone 73:3
phones 60:16
phonetic 24:15 43:2
phrased 127:23
phyllis 2:8 35:11 103:5
Pittsburgh 11:24
place 42:21
plaintiff 6:25 19:9,14 29:24 30:2,3
  30:8 31:9,16 32:8,18 33:2 34:16
  34:18 36:2 93:7,13,22 94:11
  128:23
plaintiffs 34:13 102:20
plaintiff's 30:14 88:7 135:10
plan 80:24 81:11 94:2
planned 79:18 80:6
plans 16:14
point 5:6 14:5 22:20 44:21 50:20
  55:9 72:9 79:15 85:12 99:6 100:6
  107:10 118:21 124:16,20 125:10
  128:12
pointing 130:23 135:11
points 117:6,12,21
Polish 24:18
polite 90:25
political 7:25
pool 33:18
poor 27:3,5 51:9
portfolio 22:6 38:7,10 62:23
position 8:17 11:5 12:11 33:14
  66:23 81:12 93:2
positive 25:25 26:6 49:23
possible 51:21 69:20 131:2
potential 23:8 60:7 73:20 131:20
  133:15
potentially 63:6,24
PowerPoint 74:25
practice 13:14,16,21 14:10,13,16

14:18 68:9,12 77:10,14
practitioner 14:11
precisely 24:2
predicate 16:23
predicts 62:17
prefer 107:7 119:20
prepare 44:7
prepared 121:14
present 125:11
presentation 44:7,8,11 74:25
presentations 24:13 44:9
presented 126:3
presently 20:9 31:17
presents 74:20
preserve 88:13
press 89:9,12,16,20 90:9,10,14 91:4
  91:25 92:4 98:3,8 100:19 131:6
  137:8,12
presumption 119:2
pretty 64:25 70:16 82:9,25 126:5
previous 27:11 44:25 45:6 62:24
  87:6
previously 85:5,9 101:17 102:12
  113:18,20
price 55:23 117:5,9,13,20 119:7
prices 119:2
primarily 70:2
principal 24:19 45:15 64:7
principals 88:19
printout 20:11,20
prior 12:20 29:16 72:2 80:25 85:11
  86:14 87:5 97:22 106:11 128:13
  129:22 131:20
private 13:14,16,21 14:10,12,15,17
privilege 87:25
privileged 87:14,16
probably 5:10 45:7 52:5 72:5 75:5
  100:14 105:20 109:9 111:22
  117:17 126:22 127:4 133:18
problem 84:13
procedure 24:3
proceeds 92:22 110:10 111:25
  122:10
process 23:17
processing 15:20
processor 60:18
produced 9:19,23 10:8 20:9 51:19
  51:20 106:24 113:19
produces 60:13
product 92:13,19 126:10
production 20:14 104:7,16 107:12
  137:4,17,18,20 138:4
productions 62:18
profess 86:4
proffered 30:12
profit 113:3
prohibited 54:2

proper 63:19
Property 26:19
proposed 102:17 116:25 129:20
protect 64:7
prove 61:13
provide 10:2,5 16:9 51:6 74:21
  132:11
provided 51:11 67:13 113:21
  115:24 116:2
provides 60:17 67:17 75:4
prudent 38:20
public 1:15 4:4 77:11 97:21 136:21
publicly 95:2
pull 111:14
purchase 52:18 103:14 110:21
  111:5 118:24 122:16 124:14
purchased 6:24 48:10 99:7 106:13
  108:5 112:22 113:2,4,13 117:14
  117:25 124:5 126:4 128:11,16
purchasers 94:25 95:2 102:5,22,24
  105:24 118:22 128:20
purchases 103:12 112:15 123:25
purchasing 53:15
purporting 128:10,16,19
purpose 27:24 75:10
purposes 63:3 105:23 108:9
pursuant 1:11 104:4,12
put 51:24 115:22
putting 76:19
P.C 1:12 2:4
p.m 136:13

Q

qualified 40:5
qualify 33:17
quarter 35:8 67:20,24 96:3 97:24
quarterly 41:7 67:14 68:2 74:13,16
quarters 84:21 85:4 86:12 87:2
  89:25 90:6 91:9 127:18 128:4,7
question 3:11 4:25 5:3 39:7 41:16
  49:19 79:16 84:25 86:20,22 87:15
  88:10 95:7 103:10 109:24 111:9
  116:11 124:3 127:25
questionable 59:24
questions 4:21,22 9:14,15 16:23
  41:18 48:22 85:20 136:12
quickly 126:21
quite 18:12 38:14 69:13

R

R 2:2 4:2,2 139:2
range 12:14
ranges 65:3
Rappaport 13:24 14:3
Ratan 93:24
rather 15:11
rational 83:19

Slimscript Copy: IN RE: VEECO INSTRUMENTS, INC.: RICHARD S. HOFFMAN, 12/8/2005

raw 69:25
RE 1:5
reaching 26:8
reacted 84:7
read 85:14,18,21,23 86:3,5 91:15
    91:24 92:3 94:17 99:25 100:2
    103:3 105:11 114:9 121:23
    126:20,21
reading 86:14
real 6:22 26:11,16,19 27:19
realize 12:14
really 25:6,8 46:20 68:17 76:9 77:9
    126:9
reason 7:20 25:2 42:3 59:5 115:8
    115:11 119:11 135:16
reasonable 30:12,15
reasonably 37:21
reasons 8:4 106:16
recall 23:22 36:19 43:7 52:8 53:2
    55:16 58:14 72:25 83:3,6,7,12
    99:5 104:22 114:20,21,23 131:5
    133:21
receipt 110:10
receive 34:23 35:3 44:13 68:2,5,7
    68:10,13 75:3 77:2 108:14,15
    121:11,16 135:17
received 18:22 52:9 118:5 121:8
receiving 18:23
recent 11:3 49:13
recess 58:11 88:4 116:23
recipient 132:21
reciting 83:13
recognition 127:15
recognize 26:21 59:2 95:25 98:20
    98:23 107:16,18 114:2 120:22,24
recognized 127:11 128:6
recollection 46:24 50:22 82:14,17
    119:6 127:6,9 130:8
recommendation 49:21,22
recommendations 50:3,8
record 43:4 67:9,11 93:17 109:20
    109:22 116:4 139:12
recorder 40:17
records 115:25
recover 43:21
recovery 135:17
reduce 33:12
refer 15:16 75:19 95:8 122:4
    128:18
reference 26:23 44:16 51:13 102:13
    109:14 120:18 122:3
referred 43:13 78:6 95:6 101:17,19
    106:15 108:25 109:3,17,25 110:6
    111:4 122:6
referring 20:24 24:14 32:12,15
    52:10,13,21 58:3 62:21 81:25
    88:23 89:17,21,24 91:22 95:11

    97:2 106:10,19 107:21 112:23
    123:10 129:23
refers 36:18 102:4 109:10
reflect 110:21 111:25 128:4
reflects 106:5 110:10
refresh 46:23 119:6 127:9 130:7
refused 33:6
regard 15:10 56:14 57:3 62:7 69:14
regarding 83:8 131:2
regular 25:21 74:8 103:19 121:9
    132:12
regularly 82:21
related 5:22 11:14 17:8,14 35:22
    36:4 91:20 135:19
relates 120:5
relating 8:25 9:8 34:23 94:9 125:20
    127:11,16 128:7
relation 7:23 15:2
relationship 129:17,22 130:15,18
    132:17,20
Relative 134:10
relatives 134:8
release 89:9,12,16,20 90:9,10,15
    91:4,23,25 92:4 98:3,8 100:19
    131:6 137:8,12
reliance 119:2
religiously 68:21
rely 125:3
remain 61:16
remainder 38:12
remember 33:8 34:10,11 45:8
    47:20 48:18 49:7 51:15 69:4,13
    73:15 76:7 85:18 92:11 103:4,4
    103:21 105:20,21 109:10 117:23
    131:3,9
remind 28:17
rent 6:24
repeat 117:8 124:3
rephrase 4:25 127:24 134:17
replacing 54:22
reply 93:20 94:3 137:10
report 48:17,18,23 50:16 51:2
    52:10 73:22 74:8,9,10 121:7,14
    138:5
reporter 9:16 28:20
REPORTING 1:23
reports 41:7 51:5,11 67:13,16,18
    71:15 74:12,18 75:7,8,9,18,24
    76:4,5,8,13 77:2,4,7,9 121:12
represent 4:16 17:9,11 34:2 128:11
    128:16,19,23 129:24
representative 6:4 19:9 56:18
representatives 41:16
represented 17:2 46:17 131:13
    139:10
request 51:24 52:6,7 80:8,13
    121:13

REQUESTED 138:3
requesting 100:2
requests 80:3
required 28:10
reserved 3:11
resources 33:18
respect 62:6 74:6 132:2
respective 3:5
response 55:14
responsibilities 11:9 30:5 31:3
responsibility 12:15 19:16,21 22:23
    23:4 30:7 40:21 76:25 77:5
responsible 21:17 22:12 24:22 25:6
    25:17 27:20 30:21 40:3,18,22
    69:15,18 76:18 77:6 135:9
restate 66:12 78:25 79:13,18 80:7
    82:9 86:21 87:18 89:3
restated 65:17 69:8 71:23 81:17
    83:14 84:19,22 85:2,5,9 86:11,25
    87:22 91:12
restatement 71:23 72:20 96:8
    127:21 128:2
restating 81:22 82:16
restricted 47:6,22
restriction 47:10
restroom 5:9
result 47:7 117:10
retain 23:13 25:15 27:23 49:20,24
    64:7 76:7
retained 55:9
retaining 129:16
retention 23:24
return 26:8,13 53:17 63:24
returns 27:21 63:7
revenue 91:8 127:11,16 128:5
review 27:22 36:14 44:6 47:14 51:8
    68:9,13 71:14 77:10,14 90:17
    100:5,11,18 101:4
reviewed 38:22 41:15 68:21 87:5
    101:17 105:8 127:2
reviewing 38:24 86:2 87:5 101:19
reward 63:17,17
Rich 58:5
richard 1:11 4:10 41:11 136:15
    139:4
rid 69:21 71:7
ride 61:3
right 9:18 60:8 86:6 129:3
right-hand 20:25 59:10,13 120:4
risk 63:15,18,23
riskier 63:6,11
risky 63:12
Robert 21:21,23
role 23:7 73:17
roles 22:17
ross 2:14 4:15
routine 12:23,24 81:19

routinely 132:7
row 110:2
ruling 65:16
run 11:2

### S

S 1:11 2:2 3:2,2 4:2,10 136:15
   139:4
sad 127:2
sale 92:17,22 106:5,9,10,13 109:10
   109:14,16 110:3 122:21 123:9,10
   123:20
sales 92:13 112:16
same 3:7,17 13:3 33:14,15,21,22
   57:8 91:20 98:14 108:23 109:2,17
   110:6 111:3 116:19 122:6 133:18
   133:19
satisfactory 70:20 71:8
save 33:11
saw 98:22 100:15,16 114:4 120:23
saying 59:11 92:25
says 24:25 90:24 95:4 120:8
school 10:14,23 31:5
screwed 126:5,9
Scudder 130:14
sealing 3:6
search 9:22,25 10:3
SEC 29:4,8,13 32:21 133:8
second 8:17 20:24 42:18 103:14
   105:2,16 110:24 120:16 122:24
   122:25 123:9
section 102:2
sector 55:25 56:3,5 60:4,6,25 61:3
   61:7
securities 1:6 4:19 19:5,10 30:2
   31:9,16,18 32:6 34:4 47:3,6 48:10
   53:15 55:24 83:17 102:5 104:4,13
   107:24 118:23,25 122:17,22
   130:12 131:16 133:10
security 47:23
see 24:5,12 26:18 59:15 66:2 94:23
   100:6 102:3,11 106:5 110:3
   118:19 119:4,5 120:20,21 122:2
seek 64:7
seeking 33:25 39:25 54:22 55:22
seem 38:14
seemed 86:3
seen 34:10 99:16 114:5,7
select 40:5 54:16 56:6 60:6
selected 40:16,16
selecting 40:7
selection 23:16 73:24
sell 37:21 53:9 84:11
selling 83:22 114:20,21
semiannual 49:10
send 25:5 52:3
sense 35:6 97:13

sensible 51:4
sent 85:24
sentence 94:23 118:19 119:4,5
separate 107:7 119:20
seriatim 42:14
series 107:3 118:9 137:22
serious 91:6
serve 31:8,8,12 104:25
served 74:2
service 1:23 14:4 125:21 127:12,17
   128:8
serving 13:18 31:15
set 139:19
settlement 123:15
settlements 30:11 132:22
set-off 103:15
seven 22:5 28:22 62:14 64:9
several 7:13 8:2 83:10 129:24
   131:11
severance 5:25
share 31:2
shares 61:20 88:13 106:6 109:10,15
   110:3,22,24,25 111:6 112:6,21,24
   113:6,11,12,13 114:22,23 120:19
   122:4 123:10,20 124:6,15,19
   128:12,13,17
SHEET 140:2
Shelly 130:22
short 52:2 53:9
shortly 72:25 89:3 92:5
short-term 55:23
show 20:6 40:14 46:22 97:3,5
showed 131:6
shows 111:5 121:4
side 21:2 135:10
sign 71:25 105:9,12
signal 91:5
signaled 91:17
signature 85:24 105:2,4,15 126:3
signed 3:15,17 86:9 105:4 115:16
significance 95:20 96:5 103:19
significantly 22:9
similar 30:3 74:8,11 118:24
simple 16:4,12
since 12:13 23:19 26:6 49:11 99:12
   99:16
Sincowitz 24:15 43:2
single 14:10 90:21
site 20:11,21 108:16
sitting 101:5 119:12
situations 84:5
six 54:24 64:8
size 45:21
Skim 126:14
Skirkanich 43:8 45:12,15 48:12,22
   50:20
skyrocket 126:12

slightest 83:20
slightly 111:8
small 27:19 54:21 57:3 99:22
sold 46:20,21 92:14 113:2,13
   114:23 115:4 124:19 128:13,17
sole 23:4
solicited 54:17
some 4:20 7:3 13:17 22:20 25:20
   26:7 29:7 31:23 32:5,20 35:6
   38:15 40:12 43:21 46:22 47:7
   49:25 50:20 54:5 58:3 63:5 65:2
   65:20 71:3 73:7 74:7 76:12 89:5
   91:6 92:13,14,20 106:15 112:12
   115:24 118:7 124:23 126:15
   128:12 130:21 132:12 134:18
somebody 24:7 73:5
somehow 31:7 47:22 56:24 66:19
   127:10
someone 54:23 105:9 128:25
something 32:24 38:16 48:17,20,25
   51:2,3 56:19 65:18,22 68:17,19
   68:24 81:7 84:9 91:18 103:15,15
   108:6 133:7
sometime 58:14 131:3
sometimes 48:25 74:24,25 83:24
   84:2
somewhat 129:19
somewhere 42:5 127:5
soon 51:21 131:5,8
sorry 57:24
sort 13:8 25:20 29:2 33:11,17 47:7
   47:18 54:5 58:3 73:9 74:7 79:9
   114:10 115:24 121:7 125:17
   132:12 135:13
sorts 19:22
sought 32:7
sour 40:3,19
source 14:23 47:9 87:20
southern 1:3 93:18
space 122:12
speak 50:24
speaking 9:24 131:21
specialist 27:24
specific 34:9 40:25 50:22 77:22
   81:3,12,25 82:15 83:4,6 90:14
   121:25
specifically 48:19 49:6 82:13
   117:23 121:13
speculating 37:22
spell 24:17
spend 86:2
spent 38:24
split 120:15,16
spoken 36:22,25 48:12 50:19
   131:19
SPT 20:9,10,14,14,24 21:17,20
   103:25 104:2,7,7,13,13,16,16

106:25 107:12,12 108:19 109:13
    110:3 111:6,16,24,25 137:5,5,17
    137:17,19,19,20,20
St 130:13
staff 10:2,6 11:15,18 12:8 15:9,14
    15:22 24:6 73:21 90:20
stamped 103:25 106:25
stand 84:11
stands 126:25
start 7:16 9:13 38:21 39:2
started 14:17
state 1:15 4:4 12:25 28:4 29:10
    37:17 54:9 81:5 108:2,5,6,21
    120:12
stated 85:2 91:23
statement 31:20 96:20,24 97:9,11
    97:12,19 107:3 109:16 128:3
statements 79:19 84:19,23 85:3
    86:8,11,25 91:11,16 97:18 99:11
    99:15,24 100:7,13,22 101:6 107:4
    107:19 108:10,13,15,21 109:2,4
    117:11 118:7,10 119:18 121:16
    121:20 137:22
states 1:2 94:24
stay 34:20
steel 17:7,10,13,14
stenographically 139:8
steps 115:14,17
still 27:16,17 28:18 70:7 128:25
    133:7
stipulate 114:13
stipulated 3:4,9,14 123:4
stock 2:7 15:6 16:18 18:17 43:4
    46:25 51:22 56:15 57:22 61:5
    67:8 80:18,19 81:23 82:4,6,9 83:2
    83:18,21,24 84:2,6 85:19 86:15
    87:10,23 88:17,17 91:13 95:3,15
    95:18,23 97:2 99:3,21 102:24
    103:6 105:24 106:6,13 107:9
    109:11 112:9,12,16 113:7 114:12
    116:3 117:6,10,20 119:8,22 120:7
    120:12,17 123:11,18 124:2,6
    125:9 126:17 127:22 128:20,21
    128:24 129:2 130:6,22,23 132:2
    133:2 134:22 135:2 136:11
stocks 63:24 66:11,15,24
story 50:7
straddle 108:4
strategic 134:15,19
strategy 53:8
Street 1:13 2:5 108:2,5,6,21 120:13
strike 79:16
stuff 76:23
style 54:22,23,25 64:5,11,13,15
subcommittee 55:2
subject 11:16 28:8,15 29:2,6 81:21
    83:11

submits 41:7
submitted 93:5,11
Subscribed 136:17
substance 49:16 83:12 125:24
substantive 86:13 87:3,8
successful 60:22
sue 40:13 129:5,8
sued 7:3
suffered 118:23
sufficiently 7:5
suggest 54:24 63:14 116:18
suggesting 109:5
suggestions 32:3 69:19
suing 5:24 6:22 8:3
suit 7:18 8:24
suitable 29:24 30:12
Suite 4:12
suits 8:2
summary 123:12
superior 71:2
supervise 11:15 15:9 76:21
supervising 15:13
supervisor 8:11,19
supervisors 68:15
supplied 108:11 132:6
supply 132:8
support 60:12 93:21
supposed 92:23
sure 30:11,13 38:14 40:7 46:12
    53:18 63:11 68:18 70:16 75:21
    76:9,15 82:9 83:2,21 84:24
    118:20 128:15
surprising 82:10
swear 115:12
switched 7:19,21
sworn 3:15,18 4:3 136:17 139:6
system 60:17 76:17,19
systems 60:13
S&P 71:2,6
S-A-V-E-T-T 130:22
S-K-I-R-K-A-N-I-C-H 43:6

———— T ————
T 3:2,2 139:2,2
take 5:7,11 7:17 20:7 42:21 48:8
    49:25 55:25 56:2 59:8 60:4 64:16
    68:7 81:10 84:15 88:2 89:6 92:17
    98:23 99:18 100:11,17 108:19
    115:14,17 118:2 130:6
taken 1:11 42:2 58:11 88:5 111:24
    116:23 139:8
talk 9:15 24:5 28:18
talking 9:13 16:19 87:11
tax 27:21,23 28:4
tech 60:5,18,19 61:16
technologies 60:22 61:12
technology 60:24

tell 4:24 39:8 75:23 80:18 117:13
ten 12:4 14:7 18:8
term 15:7 57:9,14
terms 70:22
testified 4:5 7:20,22 8:2,23 9:7
    96:14 125:13
testify 6:3 30:16
testimony 7:6 27:11 48:8 62:24
    89:17,21 126:18 139:7,7
Thank 37:23 136:10
their 7:16 15:18 16:9 17:22 24:5
    25:5 26:12,13 44:9 45:21 50:2
    51:2,8 53:8 54:9 57:7 60:8 62:11
    62:16 64:5,11,21 65:17 66:2
    70:24 71:7 80:15 81:22,23 85:2,5
    87:18,22 89:3 91:2 94:17 108:16
    118:24 121:8 127:21 128:13
themselves 16:6 51:10 55:18
thick 68:3
thing 12:22 41:19 57:7
things 13:14 38:18 40:18 82:4,23
    103:2,4,21
think 6:20 10:19 21:19 22:11 23:15
    25:7 26:20 27:10 28:17,19 34:8
    35:20,23 41:23 43:2 48:5 52:4,23
    53:17 57:19 60:24 61:8 62:16
    67:4 71:22 73:5 75:6 84:17,20
    90:25,25 91:16 97:11 108:4,8,21
    109:9 120:10 126:15,21 128:18
thinking 133:8
thinks 132:10
third 16:10 122:19
Thirty 74:4
thousand 33:22
three 11:24 14:19,21 22:9 24:10
    26:2 27:6 43:11 51:12 55:4,5
    75:19 84:21 85:3 86:12 87:2
    89:25 90:6 91:9 126:23 127:17
    128:3,6
through 11:2 16:6 17:3 20:10,14
    21:23 22:4,8,15 32:21 53:20
    56:11 64:18 65:13 68:14,16 78:9
    87:19 103:25 104:7,13,16 107:2
    107:12 112:10 118:24 120:8
    121:18 123:6 125:19,25 126:14
    133:8 137:5,17,19,20
throughout 119:9
thumb 68:14
Till 22:24
time 3:11 5:6,18 6:11 9:7 12:15
    13:3,6,13 22:22 23:2,5,11 26:4
    27:4 28:14 33:12 42:14 43:7
    44:21 46:20 48:19 50:9 52:2
    55:10 56:2 65:25 69:4 72:2 79:15
    79:21 83:10 85:12,25 91:25 99:6
    99:25 100:2,5,11 105:10,21
    108:23 113:4 114:25 115:5 116:5

116:20 117:7,12,14,21,25 121:5
124:16,21 125:10 128:25 136:13
times 8:23 9:2 26:23
timing 46:24
titled 93:19 102:2 122:13
today 12:16 17:9 29:19,22 56:5
70:12 99:25 100:2,20 101:5
119:12
together 111:24
tomorrow 47:24 52:4
top 54:21 59:10,13 64:12 70:9,12
70:13,13,15 120:2,3 122:3
Torray 21:21,23 66:7
TORRES 139:3,22
total 17:16,18 18:10 111:17
towards 77:22
Township 8:12
tracked 61:6 67:19
trade 121:6
traded 95:2
trades 107:20 121:4 132:9
trading 115:25
training 18:21
transaction 106:15,20 109:17,25
110:6 113:5 120:5,19 122:5,6,9
123:8,12 124:9
transactions 46:25 108:25 111:3,10
111:10 112:5,9,18 114:14,16,18
116:6,9 123:5 125:4
transcribed 139:9
transcript 98:13,16 137:14 139:11
transitional 125:21 127:11,16
128:7
Travelers 130:13
tremendous 30:7
tremendously 13:13
Trevose 4:13 11:20,21
trial 3:12 139:4,12
tried 91:2
true 39:16 62:2 88:17,20 139:11
trust 7:15 11:8,11,13 16:3,8,16,25
17:24 18:3 19:4,18,21 20:20 21:6
21:9 22:13 25:14 26:19 28:3,8,25
29:24 30:6,21 31:2,7,15 34:14
37:6,9 38:6,16 39:10,13,21 46:10
47:2,5,22 48:2,9 51:13 52:9,17,25
53:19,22 54:16 55:7 56:10 57:12
57:18 62:25 66:17 67:23 70:4
71:13 72:3,8 78:2,15,22 79:3,8
86:18 94:4 104:24 110:11,16
111:22 125:8 134:5,14 135:4
137:10
trusted 115:21
trustee 40:10 55:3
trustees 11:12,17 12:3 22:16 23:2
25:12,17 26:12 38:19 39:25 40:2
40:14,24 41:4,8,14,16,21,24,25

42:8,11 43:10 44:3,21 45:11
47:13 48:3,15 49:2,10,14,21
50:14 51:7 62:9 63:25 64:7,14
66:9,13,19 67:13 68:5,13 69:20
69:23 73:7,19,23,24 79:24 81:4,5
81:17,20 82:19
trust's 39:14 45:19 62:5 64:17 70:5
93:20
truth 88:14 96:15
try 5:10 55:8
trying 70:21 76:24 111:9,13 127:7
tubes 82:5,7
turbodisc 90:22 92:13 98:6 99:8
126:4,6 127:3
turn 133:6
turnover 65:3,4,4,5,7,14 66:5
turns 83:25
twenty 5:16 6:7,12 20:4 66:8 72:14
twice 42:20
two 6:20 7:11 36:13 42:17 44:21
56:2 57:13 61:11 68:3 75:18
78:16 103:12 109:6 110:22
111:15 114:16,18,21 116:19
120:15 123:11
two-page 100:18
type 5:21 99:23 121:11
types 77:19
typical 72:15
typically 67:25
typo 94:25
T-O-R-R-A-Y 21:19

U

U 3:2
ultimately 16:15
Unclear 134:23
uncomfortable 5:8
uncommon 39:22 49:8
uncovered 90:20
under 5:16 17:23 18:10 23:18 24:4
30:6 94:20 101:25 118:21 126:11
134:16,20
undergraduate 10:14
underneath 122:12
understand 4:23 5:3,4 15:8 48:17
51:3,4 53:11 70:22 84:24 88:20
97:20 105:18,22 114:9 116:17
122:2
understanding 22:2 29:21 31:6
33:9 36:3 38:5 53:12 56:21 60:20
61:4,23 90:5 92:9,16 95:13 96:15
96:18 103:9,11 104:21 115:3
128:22
understate 91:2
understood 57:14
undertook 79:24
Unfortunately 85:17

union 13:2,2 15:23 16:7 17:4,6,17
unionized 15:22
unit 6:24 90:21 99:7
UNITED 1:2
universes 70:25 71:10
University 10:24
unless 107:6 121:13
until 14:5 31:20 65:23 91:20 92:18
133:11
unusual 61:24
update 116:14
updated 108:17
usable 61:14
use 5:9 23:6 41:4 60:14 62:25
useful 15:25
usually 7:18 37:17 50:8 65:22
74:24 83:16

V

vacations 15:21
valuation 7:24
value 54:20 55:19,22 57:6,25 61:20
64:11 65:25 88:13 97:16
valuing 97:15
various 8:4 14:2 42:14 60:16 71:10
76:23
VEECO's 59:3,6 60:20 88:23 90:20
98:5 128:2
vehicles 71:3
veins 83:23
version 101:21
very 9:16 16:4,11 30:3 37:21 38:25
40:6 65:3,3,4 67:8 83:18,24 84:10
91:3,6 99:22 100:10 118:21
127:23
vested 18:3
view 34:19 117:5,9,15,17
VILMA 139:3,22
visit 24:4
volatile 64:19
voluntarily 23:10

W

wait 74:14
waived 3:7
walk 135:25
wallin 2:14 4:8,15 16:22 18:18 20:5
21:20 51:18,25 52:15 57:24 58:9
58:15 67:9 86:19 88:2 89:6 93:14
94:7,16 97:5 98:2,12 100:3 101:9
103:22 104:10 106:22 109:20
113:17 114:15 116:17 118:2
119:16 120:10,14,18 127:24
132:4 136:8
want 4:23 5:6 20:6 31:21 40:2
54:19 108:24 116:3 118:20
119:25 123:7 126:20

Slimscript Copy: IN RE: VEECO INSTRUMENTS, INC.: RICHARD S. HOFFMAN, 12/8/2005

wanted 26:12
Warminster 8:11
warranties 126:12
wasn't 57:8 60:5 63:14 92:17 95:18 99:20 116:18 127:3,7 133:3
wasting 71:6
way 40:4 57:5 59:16
web 20:11,21 108:16
weeks 43:11
weighting 77:22
Weiss 36:7 92:9,11,20,23
welfare 5:24,25 13:3
well 4:17 12:20 15:9,15 18:11 20:4 22:5 23:15 31:17 38:17 49:18 52:19 55:21,25 56:6 57:5 60:4,11 60:25,25 61:8 63:19 64:5 67:4 68:7 74:13 75:25 82:24 83:16 86:20 90:25 92:3 123:2 132:5,21
went 10:14,19,23 92:21
were 5:18 6:3,21 8:13 9:23 13:17 13:22 14:2 16:15 18:13 19:13 22:25 23:17 28:15 32:17 40:13 43:20 45:8,8 46:17 50:8 52:13 58:3 62:5 63:22 72:2 80:3 82:19 86:8,12 87:2,8 88:15 89:3,16,20 89:25 90:6,11,19,21 91:9,12 92:21,23 97:13,15,22 99:18 100:10 106:10,19 112:5 115:9 130:4,25 131:23 133:13
We'll 11:3 20:12 122:2
we're 28:9,18,19 31:12 32:20 34:15 35:25 40:18 71:4,6 75:7 81:5,6 83:16 87:24 104:24 108:17 114:12 118:20 120:10 133:7
we've 7:21
Wharton 10:15,18
WHEREOF 139:19
while 9:13,15 14:19 66:21
whole 13:5 32:19 62:23
why's 97:3
Williams 130:12
willing 104:24 114:12
wind 68:25
withdraw 14:17
withdrew 23:10,20
witness 7:13,23 8:24 20:17 58:7 86:21 97:4 100:8 103:11 107:15 109:23 132:25 133:4 134:25 136:10 139:6,13,19
witnesses 36:18,21,25 37:4
wonder 82:24
word 97:13
words 88:7 127:20 135:7
work 6:9 7:3 11:3,22 14:22 17:7 134:9
worked 78:18 134:5
works 73:10

world 83:16
WorldCom 32:16,20 132:23 133:5
worthwhile 61:14
wouldn't 125:14
wrap 116:22
write 48:24
writing 51:24 67:2 79:4
written 35:19 44:7,9,11,13 47:19 74:18,19,21 135:13
wrong 84:9 86:7

X

x 1:4,8 137:2 138:2
xxxxx 2:18 3:21
XYZ 81:9

Y

year 10:17,20 27:21 28:4,9 37:16 42:15,20 44:24 58:19,22 61:17,23 65:15 66:6 67:21 71:22 85:9 131:4 137:6
years 5:20 6:13 8:16 9:10 13:11 14:7,9,18,19,21 18:8 22:10,24 23:19 24:11 26:2 27:6 28:5,13,22 32:7 38:24 39:6 44:22 51:12 53:3 57:13 59:20 60:5 61:11 62:14,15 66:8 67:22 74:4 75:19 78:16 130:16 132:18,22
year-end 84:23
yesterday 118:5
york 1:3,15,24 2:13,13 4:4 35:15 93:16,18

$

$1,033,024.50 122:14
$1,255,197 110:11
$1,255,197.17 112:2 122:10
$10 92:15
$222,172.67 122:20
$353,103.80 123:19
$58.93 110:14
$59 110:13
$941,595.11 111:17 112:3

0

01 20:9,14 137:5
02 20:10,15,24 21:21 137:5
03 106:25 107:12 137:20
04 120:4,8,9
06 108:19 109:13,19 110:3 111:25
07 110:17 111:16,22,25
08 107:2,13 137:20
09 103:25 104:7 137:17

1

1 20:12,15 26:16 27:12 39:17 52:22 120:8 137:4
1.5 17:25

10 92:18 95:4,9,14 96:6,10 102:6 102:14,18,23,25 104:2,8,11,17 105:13 106:4,5 108:23 109:9,18 110:7 111:4,11 112:10,17,19,25 113:8,10 115:15 116:6,8 117:2,22 122:7 128:14,21 130:5,7 137:17 137:18
10Q's 89:24
10-K 58:18,22 59:3,6 85:6 96:2 97:23 100:25 137:6
10-K's 85:10
100 18:2
101 137:15
10166-1093 2:13
10271 1:24
104 137:17,18
107 137:20
11 89:9,13 96:16 104:13,16 106:23 107:13,17 109:13 110:2 112:23 137:8,19,20
11th 131:6
113 137:21
118 137:22
12 104:14,17 113:22,24 114:3 116:8 123:2,6,13,22 124:2,6,20 137:19,21
120 1:23
13 118:4,11,13 119:14,16 123:9 137:22
143 118:14,16
15 59:10,13
16 59:9,11,12
1622 1:12 2:5
17 110:12
19 110:22
19053 4:13
19103 2:6
1955 10:25
1957 14:4
1958 12:13 49:11
1997 116:10

2

2 21:17 58:18,24 94:20 100:25 102:9,11,12 116:10 137:6
2,000 33:23
2:00 136:13
20 110:23 137:4
200 2:12 21:25
2000 23:15 62:15
2001 62:15
2002 59:21 62:15
2003 58:14,20,23 59:3,6,21 62:15 90:23 98:4,9,15,17 99:3,6 101:2 102:6,17,22 112:10,17 116:7 117:2,22 125:10 128:12 137:7,13 137:14

Slimscript Copy:  IN RE: VEECO INSTRUMENTS, INC.: RICHARD S. HOFFMAN, 12/8/2005

**2004** 34:8 45:7 46:15,19 62:16 84:21 85:4,11 86:12 87:2 90:2,6 91:9 95:3,9,14,21 96:3 97:24 99:6 102:13,25 106:7,9,12,16 109:11 109:15 110:23,23 112:22 122:5 127:18 128:4,7
**2005** 1:14 88:22 89:9,13 95:4,9,14 96:6,10,17 102:6,14,18,23,25 112:11,18,25 113:8 114:22,24 116:8,10 117:2,22 123:16 128:14 128:21 136:18 137:8 139:5,20
**212-732-8066** 1:24
**25** 114:22
**26** 11:20 95:3,9,14,21 102:13,25 106:11,16
**28** 116:10

### 3
**3** 89:8,14 96:9 98:4,9,15,17 99:3 102:6,17,22 112:10,17 116:7 117:2,22 125:10 128:12 137:8,13 137:14
**30** 39:5
**300** 50:10
**301** 4:12
**31** 58:19,23 101:2 120:4,8 123:16 137:7
**33,325** 110:25

### 4
**4** 93:15 94:5 106:3,4 109:18 110:7 111:4 122:7 137:10
**40,000** 106:6 109:10,15 110:3 111:6 112:6,21 113:2,2,11,12,13 120:19 122:4 123:10,20
**45** 6:13 116:22 125:19,25 126:14

### 5
**5** 94:12,14,19 102:8,12 137:11
**50** 18:14
**50,000** 16:17 17:15,22
**51** 10:19
**52** 138:4
**56** 118:16 125:19,25 126:14
**58** 12:16 137:6

### 6
**6** 98:3,7,10,21 99:11,12 100:18 106:6,9 109:11,15 122:5 137:12
**6th** 113:14
**6,675** 110:24

### 7
**7** 4:12 98:12,18,24 99:15,21 137:14
**70** 38:11 39:5
**70s** 8:15,19 28:16,23
**70/30** 39:3

### 8
**8** 1:14 101:10,14 102:16 116:24 118:14,15 137:15
**8th** 139:5
**8-K** 89:11 98:4
**80s** 8:15
**82** 59:10,13
**89** 137:8

### 9
**9** 103:24 104:8,19 106:4,7 137:17
**9:30** 108:17
**9:57** 1:14
**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** 120:6
**94** 137:10,11
**98** 137:12,14

**2004** 34:8 45:7 46:15,19 62:16 84:21 85:4,11 86:12 87:2 90:2,6 91:9 95:3,9,14,21 96:3 97:24 99:6 102:13,25 106:7,9,12,16 109:11 109:15 110:23,23 112:22 122:5 127:18 128:4,7
**2005** 1:14 88:22 89:9,13 95:4,9,14 96:6,10,17 102:6,14,18,23,25 112:11,18,25 113:8 114:22,24 116:8,10 117:2,22 123:16 128:14 128:21 136:18 137:8 139:5,20
**212-732-8066** 1:24
**25** 114:22
**26** 11:20 95:3,9,14,21 102:13,25 106:11,16
**28** 116:10

### 3

**3** 89:8,14 96:9 98:4,9,15,17 99:3 102:6,17,22 112:10,17 116:7 117:2,22 125:10 128:12 137:8,13 137:14
**30** 39:5
**300** 50:10
**301** 4:12
**31** 58:19,23 101:2 120:4,8 123:16 137:7
**33,325** 110:25

### 4

**4** 93:15 94:5 106:3,4 109:18 110:7 111:4 122:7 137:10
**40,000** 106:6 109:10,15 110:3 111:6 112:6,21 113:2,2,11,12,13 120:19 122:4 123:10,20
**45** 6:13 116:22 125:19,25 126:14

### 5

**5** 94:12,14,19 102:8,12 137:11
**50** 18:14
**50,000** 16:17 17:15,22
**51** 10:19
**52** 138:4
**56** 118:16 125:19,25 126:14
**58** 12:16 137:6

### 6

**6** 98:3,7,10,21 99:11,12 100:18 106:6,9 109:11,15 122:5 137:12
**6th** 113:14
**6,675** 110:24

### 7

**7** 4:12 98:12,18,24 99:15,21 137:14
**70** 38:11 39:5
**70s** 8:15,19 28:16,23
**70/30** 39:3

### 8

**8** 1:14 101:10,14 102:16 116:24 118:14,15 137:15
**8th** 139:5
**8-K** 89:11 98:4
**80s** 8:15
**82** 59:10,13
**89** 137:8

### 9

**9** 103:24 104:8,19 106:4,7 137:17
**9:30** 108:17
**9:57** 1:14
**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** 120:6
**94** 137:10,11
**98** 137:12,14

DEC 2005 RECEIVED