# Exhibit B-1



Veeco Solutions for a nanoscale world.

# VEECO INSTRUMENTS INC.

## SMITH BARNEY CITIGROUP
## 2004 TECHNOLOGY CONFERENCE

## SEPTEMBER 8, 2004

Ed Braun
Chairman & CEO

# VEECO PROVIDES ENABLING NANOSCALE PROCESS EQUIPMENT AND METROLOGY SOLUTIONS TO MULTIPLE GROWTH MARKETS

| Data Storage | Semiconductor | Compound Semi/Wireless | Scientific Research |
|---|---|---|---|
|  |  |  |  |
| 80 and 160 GB; microdrives | 90 and 65 nm; 300mm | HB-LEDs, WiFi, camera cell phones | Nanotech & Life Science |



# VEECO LEVERAGES CORE TECHNOLOGIES IN GROWTH MARKETS

## WHAT WE DO...

**PROCESS EQUIPMENT (ADD AND REMOVE MATERIAL)**

**ION BEAM DEPOSITION**
**EPITAXIAL DEPOSTION**

**ION BEAM ETCH**

**METROLOGY (IMAGE, MEASURE MANIPULATE)**

**ATOMIC FORCE MICROSCOPY**
**OPTICAL INTERFEROMETRY**

## MARKETS WE SERVE...

**1H ’04 REVENUE ($197.4M;UP 42%)**

*Multiple markets provide stable growth offsetting individual market volatility…Broader opportunities than silicon semiconductor*



# LEADERSHIP TECHNOLOGIES SERVING MULTIPLE MARKETS

**PROCESS EQUIPMENT**

**METROLOGY**

IBE PVD IBD MBE MOVCD PRECISION LAPPING

ATOMIC FORCE MICROSCOPY, OPTICAL PROFILOMETERS

**DATA STORAGE**

**SEMI/WIRELESS**

**SCIENTIFIC RESEARCH**

***USE PRODUCT LEADERSHIP TO CREATE CRITICAL MASS IN KEY MARKETS, AT KEY ACCOUNTS***



# SERVING INDUSTRY LEADERS

| MARKETS | PRODUCTS | CUSTOMERS |
|---|---|---|
| *Data Storage* | *#1 Equipment Supplier for TFMHs;* *Etch, Deposition, Lapping and Metrology* | HITACHI Inspire the Next       Western Digital TDK ALPS |
| *Wireless & Compound Semi* | *<u>Only</u> Broad line Equipment and Metrology Supplier* *MBE, MOCVD (Epitaxial Deposition) and Metrology* |   |
| *Semiconductor* | *#1 3D AFM Metrology* *Automated Atomic Force Microscopy and Optical Profilers* |   |
| *Scientific Research* | *#1 AFMs, SPMs and Optical Profilers* *Breadth of research solutions* |   |

Veeco

# VEECO 2004 INVESTMENT THEMES

- We are a leading supplier of enabling technology for converging data storage, semiconductor/compound semi and HB LED, color display growth opportunities

- In the post PC era…microdrives, HB LEDs, color displays, and wireless technology will enable a wave of new high volume, digital consumer electronics for mass markets

- A diverse market and product mix allows Veeco a broader customer and product technology base than most other semi equipment companies

- Nanotechnology, smaller form factors, higher density and new materials will drive extensions of:
  - Moore's Law          20nm feature size
  - Areal Density          1 Tb/in²
  - Large high resolution, high brightness color displays



# VEECO'S HISTORICAL FINANCIALS AND OUTLOOK

## *2004 Forecast …a revenue and earnings recovery year*

**Exclusive of non-recurring charges*
*∆ Street consensus ($M)*

**SALES** (10 YR. CAGR 17%)

| '94 | '95 | '96 | '97 | '98 | '99 | '00 | '01 | '02 | '03 | '04 |
|---|---|---|---|---|---|---|---|---|---|---|
| $86.1 | $131.8 | $199.5 | $266.6 | $263.4 | $312.4 | $376.1 | $449.3 | $298.9 | $279.0 | $412.9 ∆ Forecast |

**EBITA** (10 YR. CAGR 19%)

| '94 | '95 | '96 | '97 | '98 | '99 | '00 | '01 | '02 | '03 | '04 |
|---|---|---|---|---|---|---|---|---|---|---|
| $8.3* | $24.4* | $38.1 | $45.7* | $30.4* | $45.3* | $44.1* | $58.0* | $1.3* | $13.0* | $45.6 ∆ Forecast |

- ***Our Company was founded in 1990 with sales of $30 million and went public in 1994***
- ***10 year revenue growth from $86M to $413M…+17% CG per year ('94-'04)***



# VEECO MULTI-MARKET GROWTH OPPORTUNITY

**Data Storage**

Continued 80 GB production ramp, development of next generation 120/ 160 GB drives and advanced development of (perpendicular heads) for 2005/2006. Microdrives to enable new wireless consumer products (Ipod, TiVo, camera/cell phones)

**Semiconductor**

Complete 90nm, 300 mm ramp, development of 65nm, 45nm

**Wireless**

Explosive growth of Blue LED's for backlighting of color displays, handheld camera/ cell phone, large color screens, PDA, Wi Max, automotive, solid state lighting and RF devices

**Scientific Research**

Continued strength of research AFMs/SPMs

Nanoscience emerges (life sciences, material sciences genomics)

***The content of Veeco's enabling technologies increases in new consumer applications***



# VEECO: EQUIPMENT FOR HIGH GROWTH DIGITAL, WIRELESS CONSUMER PRODUCTS

**TiVo**

*HDD for DVR/DVT*

**+35.9% CAGR**
**'02-'08**

**GPS**

*HDD for GPS; Auto Nav.*

**+61.4% CAGR**
**'02-'08**

**MP4 Video**

*HDD for Digital Cameras, Audio Players.*

**+33.6% CAGR**
**'02-'08**

***These consumer products represent the convergence of Semiconductor chips, wireless chips, microdrives, high resolution color displays, and high brightness LEDs***

*Wireless Mobile Consumer Products*

**Flat Panel Display Backlighting**

*LCDs Backlighting*

**+145.7% CAGR**
**'02-'08**

**HB-LED Headlights**

*LEDs…signs;mobile; illumination*

**+159.2% CAGR**
**'02-'08**

**Home Media Server**

*HDDs for Home Networking*

**+71.2% CAGR**
**'02-'08**

Veeco

**Sources: IDC, 2004; Strategies Unlimited 2004** **SBC 090804-EHB**



# VEECO IN A BROAD MULTI MARKET RECOVERY

$M
*Orders doubled in 3 quarters
ORDERS
120
70
20
-30
$72.7
$64.0
$64.0
$96.8
$117
*$124.7M
Q1
Q2
Q3
Q4
Q1
Q2
2003
2004
REVENUE
120
100
80
60
40
20
0
$65.8
$73.4
$63.1
$76.9
$94.5
*$103M
*Revenue up 50% in 3 quarters
Q1
Q2
Q3
Q4
Q1
Q2
2003
2004
*$9.3M
*EBITA triples in 3 quarters
EBITA
9
8
7
6
5
4
3
2
1
0
$3.0
$3.2
$3.3
$3.5
$7.5
Q1
Q2
Q3
Q4
Q1
Q2
2003
2004

***Q2 Backlog increased to $164M***

Veeco

10

# VEECO GROWTH OPPORTUNITY BY MARKET

| Market | 2003 | FCST Veeco Growth ('03-'04) | 2004E | FCST Industry Growth ('04-'05) | 2005E |
| --- | --- | --- | --- | --- | --- |
| Compound Semi/Wireless | 39 | 150% | 100 | 33% | 133 |
| Semiconductor | 40 | 50% | 60 | 18% | 71 |
| Data Storage | 90 | 55% | 140 | 12% | 157 |
| Scientific Research | 109 | 5% | 115 | 6% | 125 |
| Total | $279M | | $415M* +49% y/y | | $486M*** +17% y/y |

Sales ($ Millions): 0, 50, 100, 150, 200, 250, 300, 350, 400, 450, 500

**Compound Semi/Wireless**
*(Source:Strategies Unlimited/ Lighting)*

**Semiconductor**
*(Source:VLSI Semi Equipment)*

**Data Storage**
*(Source:Trend Focus: TFMH)*

**Scientific Research**
*(Source:GNP)*

** 2004 Analysts' Consensus*
**** Veeco 2005 Assuming Growth Per Industry Forecast*

# DIVERSITY OF MULTIPLE MARKETS, PRODUCTS AND GEOGRAPHIC PENETRATION

Process Equipment
59%

Metrology
41%

MULTIPLE PRODUCTS

Scientific Res.
26%

Data Storage
35%

Semi/CS/ Wireless
39%

MULTIPLE MARKETS

Europe
18%

US
37%

Asia Pacific
30%

Japan
15%

MULTIPLE REGIONS

***Q2 2004 Sales $102.9M, up 40%***



Solutions for a nanoscale world.



# MARKETS



# YOUR NEXT COMPUTER….
***Losing the wires is only the beginning***

***There are 1.5 billion mobile phones in the world today. They browse the Web, take pictures, send email, watch movies and play games. Soon they could make your PC obsolete.***



# WIRELESS CONSUMER PRODUCT GROWTH WILL DRIVE NEXT WAVE OF EQUIPMENT SPENDING

Newsweek

June 7, 2004

newsweek.msnbc.com

The Next Frontiers

Way Cool Phones

Is This the Computer Of the Future?

10 Hot Wireless Cities

petfrog

- Convergence of Semi/Data Storage/Wireless creates a new class of high volume, high growth consumer products with explosive unit growth from 2004-2007

- Wireless mobile consumer products (including cell phones) will approach 2 billion units by 2010… Compared to the installed base of 500 million PC's



# HOME OF THE (NEAR) FUTURE

## *By 2010 each household will own 10 HDD's**

### *Mobile Applications*

*New Microdrive (.85 dia.)*

*MP4 Video*

*Laptop*

*MP3 Music (i.e., iPod)*

*Mobile Phone*

*Automobile GPS Navigation*

### *Home Applications*

*Home Media Server*

*TiVo/DVR*

*Entertainment Centers/PCs*

*Game (Xbox, PlayStation, etc)*

* Source: Hitachi Global Storage Technologies

# HARD DISK DRIVE GROWTH STORY

***…opportunity for unit growth to double***

Unit Drive Shipments (millions)
800
700
600
500
400
300
200
100
0
1980
1985
1990
1995
2000
2005
2010
2015
Xbox
TiVo
iPod
GPS
Mobile Phones
Consumer Electronics
Laptop
Laptop PC
Desktop
Desktop PC
Servers
Enterprise

SBC 090804-EHB

17

# TFMH FORECASTED GROWTH (REVENUE AND UNITS) TO REACH RECORD LEVELS

1400
1200
1000
800
600
400
200
0
TFMH (millions of units)
Consumer Electronics
Internet
Spread of Multiple Industry Forecasts
Economic Downturn
PC recovery and WiFi
CY98
CY99
CY00
CY01
CY02
CY03
CY04
CY05
CY06
Computer HDD TFMHs, TrendFocus Nov03

***CE Examples***

- *MP3 (Microdrive)*
- *MP4 (Microdrive)*
- *Digital Photo (Microdrive)*
- *TiVo*
- *Automobile GPS*
- *Other*

*"In 5-7 Years Consumer Electronic HDD could = PC shipments"*
*Bill Watkins, Seagate March 2004 Diskcon Singapore*

**SBC 090804-EHB**

# VEECO'S DATA STORAGE OPPORTUNITY: SHRINKING DIMENSIONS REQUIRE "RE-TOOLING"

Areal density roadmap increases (50% per year) toward CPP (perpendicular recording) capable of 1 Terabit/in² (2006)… will require new manufacturing technology

Perpendicular

We are here

CPP-GMR

TMR/NOL

Longitudinal

Spin-valve

AMR

Areal Density (Gb/in2)

1000.00, 100.00, 10.00, 1.00, 0.10

1/1/95, 1/1/96, 1/1/97, 1/1/98, 1/1/99, 1/1/00, 1/1/01, 1/1/02, 1/1/03, 1/1/04, 1/1/05, 1/1/06

Time



# UNPRECEDENTED READER, WRITER, SLIDER AND FORM FACTOR CHANGES OCCURRING SIMULTANEOUSLY

## *TFMH Technology Changes Drive Capital Equipment Growth*

Microdrives

Slider Shrinks

Reader & Writer Development





# VEECO'S DATA STORAGE OPPORTUNITY: INDUSTRY'S BROADEST LINE OF ETCH, DEPOSITION AND METROLOGY

- Industry's broadest line of etch, deposition and metrology
- Industry's largest installed base (3,000 systems in the field)…Strong key account relationships
- Aii lapping, dicing and slicing … total slider fab solution opportunity…first saw order
- Customers currently require upgrade and new technology…for 80 GB ramp, intro of 120GB and research for CPP… Veeco launches NEXUS etch and deposition solutions
- ***First half orders $71.4M (up 45% vs '03)***
  ***revenue $67.0M (up 54% vs '03)***



# VEECO: IN EVERY STEP OF YOUR TFMH PROCESS

Process Equipment

- Atomic Layer Deposition
- Physical Vapor Deposition
- Ion Beam Deposition
- Ion Beam Etch
- NEW Aii Lapping
- NEW Aii Slicing
- NEW Aii Dicing
- Single Slider Curvature Adjust System
- Diamond-Like Carbon
- Ion Beam Etch

Metrology

- Atomic Force Microscopy (AFM)
- Optical Profiling
- Magnetic Test
- Pole Tip Measurement & Defect Inspection

Veeco: a singular vision for data storage.

Veeco is the only company that provides a complete suite of process equipment and metrology solutions for every step of your process today. And, we are the only company making the investment to extend the breadth of our technologies and precision of our solutions to be a strategic partner as you make the transition to smaller, higher-density drives in the future.

# WIRELESS/TELECOM…*Q2 record Veeco orders $51.1M*

- Veeco is the leading supplier of thin-film process equipment and metrology solutions to the compound semiconductor industry
  - Unique ability to provide both MBE and MOCVD – two epitaxial technologies that determine functionality and performance of devices
  - Strategy to become a “one-stop shop” for equipment
- Growth in camera/ cell phone applications. Fully featured phones include >20 compound semi devices per phone. Cell phone sales expected to nearly double to 750M units by 2008
- LED backlighting growth opportunity to include larger color display applications (mobile PC’s and flat panel TV displays)
- New automotive applications, headlights, fog lights and instrument panel displays
- Record Q2 orders $51.1M, total of 26 MOCVD and 7 MBE systems, included 6 multiple system orders
- ***First half orders $90.2M up 346% vs ’03***
  ***revenue $45.2M up 145% vs ‘03***





# HB LEDS…A MULTIPLE MARKET GROWTH OPPORTUNITY

Efficiency (lm/W)
200
120
80
40
20
Future
Present
Illumination
* Outdoor
* Indoor
* Wi-MAX/Mobil Wireless Communications
Automotive
* Radar
* Flash
* Power Amps
* Head Lamp
* LCD TV
* HD-DVD
Mobile
Sign
* Backlight
* Keypad
* Stop lamp
* LCD Monitor
Electronic Equipment
Signal
* Interior
~ 2000
2001 ~ 2003
2004 ~ 2006
2007~

Source: Samsung BLUE 2004