UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE VEECO INSTRUMENTS INC.     :     No. 7:05-MD-01695-CM
SECURITIES LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:
ALL ACTIONS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify, under penalty of perjury, that on the 5th day of April, 2006, I caused the Notice of Motion for Partial Reconsideration, dated April 5, 2006, and Memorandum of Law of Defendants Veeco Instruments Inc., Edward H. Braun, John F. Rein, Jr. and John P. Kiernan in Support of their Motion for Partial Reconsideration, dated April 5, 2006, to be electronically filed and also caused true and correct copies of the same to be served on the following counsel for lead plaintiffs by overnight courier:

Sherrie R. Savett, Esq.
Berger & Montague, P.C.
1622 Locust St.
Philadelphia, PA 19103

                                              _/s/ Ross Wallin_
                                              J. Ross Wallin (JW-3911)