UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE VEECO INSTRUMENTS INC.
SECURITIES LITIGATION

No. 7:05-MD-01695-CM

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EDWARD J. HUNEKE, derivatively on behalf
of VEECO INSTRUMENTS, INC.,

No. 7:05-CV-10224-CM

                Plaintiff,

    v.

EDWARD H. BRAUN, et al.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AUGUST SCHUPP, III, derivatively on behalf
of VEECO INSTRUMENTS, INC.,

No. 7:05-CV-10225-CM

                Plaintiff,

    v.

EDWARD H. BRAUN, et al.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DAVID ALTMAN, derivatively on behalf
of VEECO INSTRUMENTS, INC.,

No. 7:05-CV-10226-CM

                Plaintiff,

    v.

EDWARD H. BRAUN, et al.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify, under penalty of perjury, that on August

11, 2006, I caused the Notice of Defendants' Unopposed Motion For an Enlargement of Time to

Answer, dated August 11, 2006, and Memorandum of Law in Support of Defendants' Unopposed

Motion For an Enlargement of Time to Answer, dated August 11, 2006, to be electronically filed

and also caused true and correct copies of the same to be served on the following counsel for

derivative plaintiffs by electronic means:

Robert I. Harwood, Esq.                          Sherrie R. Savett, Esq.
Samuel K Rosen, Esq.                             Phyllis M. Parker, Esq.
Joshua D. Glatter, Esq.                          Jeffrey L. Osterwise, Esq.
Wechsler Harwood LLP                             Berger & Montague, P.C.
488 Madison Avenue                               1622 Locust Street
New York, New York 10022                         Philadelphia, Pennsylvania 19103


_____
J. Ross Wallin