UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
IN RE VEECO INSTRUMENTS INC.          :   No. 7:05-MD-01695-CM-GAY
SECURITIES LITIGATION                 :
                                      :
---------------------------------x
THIS DOCUMENT RELATES TO:             :
                                      :
---------------------------------x
AUGUST SCHUPP, III, derivatively on behalf   :
of VEECO INSTRUMENTS, INC.,                  :
                                             :   No. 7:05-CV-10225-CM
          Plaintiff,                         :
     v.                                      :
                                             :
EDWARD H. BRAUN, et al.,                     :
                                             :
          Defendants.                        :
---------------------------------x
DAVID ALTMAN, derivatively on behalf   :
of VEECO INSTRUMENTS, INC.,            :
                                       :   No. 7:05-CV-10226-CM
          Plaintiff,                   :
     v.                                :
                                       :
EDWARD H. BRAUN, et al.,               :
                                       :
          Defendants.                  :
---------------------------------x

**DECLARATION OF J. ROSS WALLIN IN OPPOSITION TO DERIVATIVE
PLAINTIFFS' MOTION TO EXTEND DISCOVERY DEADLINE**

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
Phone: (212) 351-4000
Fax: (212) 351-4035

*Attorneys for Defendants*

January 12, 2007

J. ROSS WALLIN, pursuant to 28 U.S.C. § 1746, hereby declares:

1. I am an attorney with the law firm of Gibson, Dunn & Crutcher LLP, counsel to Defendants Edward H. Braun, Peter J. Simone, Richard J. D'Amore, Joel A. Elftmann, Heinz K. Fridrich, Douglas A. Kingsley, Paul R. Low, Roger D. McDaniel, Irwin H. Pfister, Walter J. Scherr, and Nominal Defendant Veeco Instruments Inc. ("Veeco").

2. Defendants have produced approximately 181,000 pages of documents to Derivative Plaintiffs in this case. Approximately 174,000 of those documents were produced on or before August 23, 2006.

3. A mediation was held in this case on October 11-12, 2006.

4. All but approximately 2,750 of the total 181,000 pages of documents were produced prior to the mediation. Those remaining 2,750 pages were produced in parts on October 26, December 1, and December 12, 2006.

5. Attached hereto as Exhibit A is a true and correct copy of Conditional Transfer Order, issued by the Judicial Panel on Multidistrict Litigation, dated November 14, 2005.

6. Attached hereto as Exhibit B is a true and correct copy of Joint Stipulation and [Proposed] Order to Revise Pretrial Schedule, signed by the parties on July 27, 2006, and ordered by the Court on July 28, 2006.

7. Attached hereto as Exhibit C is a true and correct copy of Derivative Plaintiffs' Notice of Taking Depositions, dated December 11, 2006.

8. Attached hereto as Exhibit D is a true and correct copy of Transfer Order, issued by the Judicial Panel on Multidistrict Litigation, dated August 22, 2005.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of January 2007.

                                                                         _____
                                                                                J. Ross Wallin