# Exhibit B

# Wallin, J. Ross

| | |
|---|---|
| **From:** | Wallin, J. Ross |
| **Sent:** | Monday, December 04, 2006 7:10 PM |
| **To:** | Sherrie Savett |
| **Cc:** | 'Phyllis Parker'; Herfort, John A.; Serio, Robert F. |
| **Subject:** | Veeco deposition schedule |
| **Attachments:** | GDC-Schedule.pdf |

Sherrie,

**REDACTED**

Ross Wallin
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
(212) 351-5395



GDC-Schedule.pdf
(14 KB)

1

**Deposition Schedule – GD&C draft**
**04-Dec-06**

# December 2006

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|     |     |     |     |     | 1   | 2   |
| 3   | 4   | 5   | 6   | 7   | 8   | 9   |
| 10  | 11  | 12  | 13  | 14  | 15  | 16  |
| 17  | 18  | 19  | 20 REDACTED | 21 | 22 | 23 |
| 24  | 25  | 26  | 27  | 28  | 29  | 30  |
| 31  |     |     |     |     |     |     |

# January 2007

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|     | 1   | 2   | 3   | 4   | 5   | 6   |
| 7   | 8   | 9   | 10  | 11  | 12  | 13  |
| 14  | 15  | 16  | 17  | 18  | 19  | 20  |
| 21  | 22  | 23 REDACTED 24 | | 25 | 26 | 27 |
| 28  | 29  | 30  | 31  | 1   | 2   |     |