# Exhibit C

# GIBSON, DUNN & CRUTCHER LLP

LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

200 Park Avenue  New York, New York 10166-0193
(212) 351-4000
www.gibsondunn.com

rwallin@gibsondunn.com

January 19, 2007

| Direct Dial | Client No. |
|---|---|
| (212) 351-5395 | T 94625-00001 |
| Fax No. | |
| (212) 351-6223 | |

<u>VIA EMAIL</u>

Phyllis M. Parker, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103-6305

    Re:   *In re Veeco Instruments Inc. Sec. Litig., 05 MD 1695 (CM)(GAY)*

Dear Phyllis:

**REDACTED**

**REDACTED**

## GIBSON, DUNN & CRUTCHER LLP

Phyllis M. Parker, Esq.
January 19, 2007
Page 2

**REDACTED**

**REDACTED**

Please let me know if this proposed schedule is agreeable.

Sincerely,

Ross Wallin

Ross Wallin

cc:  Robert I. Harwood, Esq.
     John A. Herfort, Esq.
     Robert F. Serio, Esq.