# Exhibit E

# GIBSON, DUNN & CRUTCHER LLP

## LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

200 Park Avenue  New York, New York 10166-0193

(212) 351-4000

www.gibsondunn.com

rwallin@gibsondunn.com

January 31, 2007

**Direct Dial**
(212) 351-5395

**Fax No.**
(212) 351-6223

**Client No.**
T 94625-00001

**VIA EMAIL**

Phyllis M. Parker, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103-6305

Re:    *In re Veeco Instruments Inc. Sec. Litig., 05 MD 1695 (CM)(GAY)*

Dear Phyllis:

We are going around in circles on scheduling. To put it charitably, your insistence on rejecting every date we propose is counterproductive. Nothing in the Federal Rules gives you the right to depose witnesses on exactly the days that you choose, and in exactly the order you choose, without regard to the witnesses' availability or opposing counsel's schedules (including meeting with the witnesses in advance of their depositions)

**REDACTED**

**REDACTED**

LOS ANGELES  NEW YORK  WASHINGTON, D.C.  SAN FRANCISCO  PALO ALTO
LONDON  PARIS  MUNICH  BRUSSELS  ORANGE COUNTY  CENTURY CITY  DALLAS  DENVER

**GIBSON, DUNN & CRUTCHER LLP**

Phyllis M. Parker, Esq.
January 31, 2007
Page 2

proposed.  Given the number of lawyers working on this case, I'm confident that you can find someone to cover these depositions.

Sincerely,

Ross Wallin

cc:    Robert I. Harwood, Esq.
       John A. Herfort, Esq.
       Robert F. Serio, Esq.