UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re VEECO INSTRUMENTS, INC.    :    Case No.: 7:05-md-01695 (CM)(GAY)
SECURITIES LITIGATION    :
------------------------------------------------------- x
------------------------------------------------------- x
THIS DOCUMENT RELATES TO    :
ALL ACTIONS    :

------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, hereby certify that on June 6, 2007, a true and correct copies of Lead Plaintiff's Notice of Motion and Motion for an Order Granting Lead Plaintiff's First Motion in *Limine*; Proposed Order; Memorandum of Law in Support of Lead Plaintiff's First Motion in *Limine* (**filed under seal**); Declaration of Phyllis M. Parker in Support of Lead Plaintiff's Memorandum of Law in Support of Lead Plaintiff's First Motion in *Limine* (exhibit ***filed under seal***); Lead Plaintiff's Notice of Motion and Motion for an Order Granting Lead Plaintiff's Second and Third Motions in *Limine*; Proposed Order; and Memorandum of Law in Support of Lead Plaintiff's Second and Third Motions in *Limine* were served upon the following Counsel via electronic means:

| | |
|---|---|
| John A. Herfort, Esq.<br>Robert J. Serio, Esq<br>J. Ross Wallin, Esq.<br>Colin R. Young, Esq.<br>**GIBSON, DUNN & CRUTCHER LLP**<br>200 Park Avenue<br>New York, NY 10166<br><br>*Counsel for Defendants* | Robert I. Harwood, Esq.<br>Jeffrey M. Norton, Esq.<br>Jennifer K. Hirsh, Esq.<br>**HARWOOD FEFFER LLP**<br>488 Madison Avenue<br>New York, NY 10022<br><br>*Counsel for Derivative Plaintiffs* |

Nadeem Faruqi, Esq.
Shane T. Rowley, Esq.
Beth Keller, Esq.
**FARUQI & FARUQI LLP**
369 Lexington Ave., 10th Floor
New York, NY 10017

Paul J. Scarlato, Esq.
Brian D. Penny, Esq.
**GOLDMAN SCARLATO & KARON, P.C.**
101 West Elm Street
Conshohocken, PA 19428

Robert B. Weiser, Esq.
**THE WEISER LAW FIRM, P.C.**
121 North Wayne Ave.
Wayne, PA 19087

*Counsel for Derivative Plaintiffs*

_____
Phyllis M. Parker