# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re VEECO INSTRUMENTS, INC.          Case No.:
SECURITIES LITIGATION                  7:05-md-01695
                                       CM(GAY)

THIS DOCUMENT RELATES TO ALL ACTIONS

SUMMARY NOTICE OF PENDENCY OF CLASS ACTION
TO: ALL PERSONS AND ENTITIES WHO PURCHASED THE
SECURITIES OF VEECO INSTRUMENTS, INC. ("VEECO") BETWEEN
APRIL 26, 2004 AND FEBRUARY 10, 2005, INCLUSIVE, AND WERE
DAMAGED AS A RESULT THEREOF ("THE CLASS").
   YOU ARE HEREBY NOTIFIED that the Honorable Colleen McMahon,
United States District Judge for the Southern District of New York, has
certified a class action in the above-entitled matter. The action asserts
claims against Defendants Veeco Instruments, Inc., Edward H. Braun,
John F. Rein, Jr., John P. Kiernan, and R. Michael Weiss, for violations of
the federal securities laws.
   If you are a member of the Class and have not yet received the
"Notice of Pendency of Class Action" which more completely describes
the terms of this class action and your rights thereunder, you should
immediately obtain a copy by contacting: In re Veeco Instruments, Inc.
Securities Litigation - Notice of Pendency, c/o Heffler, Radetich & Saitta
L.L.P., P.O. Box 59027, Philadelphia, PA 19102-9027, Telephone: (800)
768-8450, www.hefflerclaimsadministration.com.
DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE FOR
INFORMATION.
Dated: June 8, 2007.

STATE OF TEXAS )
) ss:
CITY AND COUNTY OF DALLAS )

I, Glenn Hellums Jr., being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL , a daily national newspaper published and of general circulation in the City and County of New York, New York, City of Naperville, DuPage County, Illinois, and in the city and County of Dallas, Texas and that the attached Notice has been regularly published in THE WALL STREET JOURNAL for national distribution for one insertion(s) on the following date(s): 6/8/07 at the request of advertiser: Veeco Instruments and that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

MITCHELL E. CHEATHAM
Notary Public, State of Texas
My Commission Expires
March 01, 2011

Sworn to before me this
8th day of June 2007

Notary Public

THE WALL STREET JOURNAL.

# MARKET MOVERS

Thursday, June 7, 2007

Moves in Smaller Stocks: Stocks with the highest dollar gains and decline in market cap, excluding the largest 1,500 stocks, as measured by market capitalization, in the Dow Jones Wilshire 5000.

## Gainers

## Decliners

### NASDAQ

Continued on Page C12

GLOBAL, NATIONAL, REGIONAL
TO ADVERTISE CALL 1.800.366.3975
FAX 214.640.7900

ADVERTISING.WSJ.COM

CLASS ACTIONS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: VEECO INSTRUMENTS, INC.    Case No.:
SECURITIES LITIGATION    1:05-md-01688
(CM)(GAY)

THIS DOCUMENT RELATES TO ALL ACTIONS

SUMMARY NOTICE OF PENDENCY OF CLASS ACTION
TO: ALL PERSONS AND ENTITIES WHO PURCHASED THE
SECURITIES OF VEECO INSTRUMENTS, INC. ("VEECO") BETWEEN
APRIL 26, 2004 AND FEBRUARY 10, 2005, INCLUSIVE, AND WERE
DAMAGED AS A RESULT THEREOF ("THE CLASS").
...
DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE FOR
INFORMATION.
Dated: June 8, 2007